UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOLLY M. BLASKO, as Personal           :
Representative of the Estate of SALLY
DEAN McGHEE, Deceased                  :

      Plaintiff,                      :
                                                  Case No. 1:07-cv-00833
   v.                                  :
                                                  Judge Richard Urbina
WASHINGTON METROPOLITAN              :
  AREA TRANSIT AUTHORITY

                                                 :
      Defendant.
                                               :

## AFFIDAVIT OF SERVICE

I, PATRICK M. REGAN, hereby depose and state that:

1.  I am a partner with the law firm of Regan Zambri & Long in the District of Columbia, and our firm has been retained by Plaintiff Molly M. Blasko in connection with this litigation.

2.  The Complaint in the above-captioned case was filed in this Court on May 4, 2007.

3.  On May 18, 2007, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Washington Metropolitan Area Transit Authority ("WMATA") c/o Carol O'Keeffe, Esquire, General Counsel's Office, WMATA, 600 Fifth Street, NW, Washington, DC.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

4. On May 23, 2007, I received the Return Receipt verifying that a representative of WMATA accepted service of the Summons and Complaint on May 22, 2007. The Domestic Return Receipt is attached hereto.

FURTHER SAITH AFFIANT NOT.

I hereby acknowledge, under penalty of perjury, that the foregoing responses are true and correct to the best of my knowledge, recollection and belief.

/s/   *Patrick M. Regan*
Patrick M. Regan

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>S. Serrian | C. Date of Delivery<br>6/22/07 |
| 1. Article Addressed to:<br><br>Carol O'Keeffe, Esq.<br>General Counsel's Office<br>WMATA<br>600 Fifth Street, NW<br>Washington, DC   20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>MAY 2 3 2007 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0005 2611 2036 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |