UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOLLY M. BLASKO, as Personal　　　　　　　　　　　　:
Representative of the Estate of SALLY
DEAN McGHEE, Deceased　　　　　　　　　　　　　　:

　　　　　Plaintiff,　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:07-cv-00833
　　v.　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Ricardo Urbina
WASHINGTON METROPOLITAN　　　　　　　　　　　:
　　AREA TRANSIT AUTHORITY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:

### PARTIAL CONSENT MOTION TO CONSOLIDATE

The Plaintiff, by and through undersigned counsel, respectfully requests that the present action be consolidated with the case of *Gregory E. Schoenborn v. Washington Metropolitan Area Transit Authority* ("WMATA"), Civil Action 1:07 cv 00544 (RMU), currently pending before Judge Ricardo M. Urbina of this Court, for the purpose of discovery only. Plaintiff states that both cases stem from the same underlying factual circumstances. Plaintiff Gregory Schoenborn does not consent to the relief requested in this motion. Defense counsel, for both actions, consents to the consolidation of the cases for all purposes. However, Plaintiff Blasko consents to the consolidation of these two cases for discovery purposes only.

In further support of this Motion, the Plaintiff refers the Court to the attached Memorandum of Points and Authorities.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC


By:     */s/ Patrick M. Regan*
        Patrick M. Regan   #336107
        pregan@reganfirm.com
        Paul J. Cornoni     #489398
        pcornoni@reganfirm.com
        1919 M Street, NW, Suite 350
        Washington, DC 20036
        PH: (202) 463-3030
        FX: (202) 463-0667
        *Counsel for Molly M. Blasko, as Personal Representative of the Estate of Sally Dean McGhee, Deceased*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the foregoing Motion to Consolidate, Memorandum of Points and Authorities in Support thereof and proposed Order was electronically filed in the United States District Court for the District of Columbia and mailed, postage prepaid, this 29th day of June, 2007 to:

>Peter C. Grenier, Esquire
>Bode & Grenier, LLP
>1150 Connecticut Avenue, NW
>9th Floor, Connecticut Building
>Washington, DC  20036
>
>Jeffrey C. Seaman, Esquire
>WMATA
>600 Fifth Street, NW
>Washington, DC  20001

>/s/ Patrick M. Regan
>Patrick M. Regan

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOLLY M. BLASKO, as Personal Representative of the Estate of SALLY DEAN McGHEE, Deceased<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br><br>Defendant. | :<br>:<br>:<br>:<br>: Case No. 1:07-cv-00833<br>:<br>: Judge Ricardo Urbina<br>:<br>:<br>:<br>: |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF PARTIAL CONSENT MOTION TO CONSOLIDATE

1.  The initial action, *Schoenborn v. WMATA,* Civil Action No. 1:07 cv 00544, was filed on March 19, 2007.

2.  The present action, *Blasko v. WMATA*, Civil Action No. 1:07-cv-00833 was filed on May 4, 2007.

3.  The cases involve common questions of fact, and the same set of core facts give rise to the allegations of liability on behalf of the Defendant identified in both actions. Both cases assert legal theories against WMATA arising out of the February 14, 2007 incident in which Sally McGhee and Martha Schoenborn were struck and killed by a WMATA bus while crossing Pennsylvania Avenue, NW.

4.  The consolidation of these actions for discovery purposes of these matters will serve to avoid unnecessary costs and delay.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

5. The decision whether to consolidate cases under Rule 42(a) is within the broad discretion of the trial court. See, e.g., Biochem Pharma, Inc. v. Emory Univ., 148 F.Supp.2d 11, 13 (D.D.C.2001). Rule 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may ... order all the actions consolidated." Fed.R.Civ.P. 42(a). "Consolidation of actions in their pretrial stage, under many circumstances, will be a desirable administrative technique and is within the power of the Court." 9 Wright & Miller, supra § 2383, at 434.

6. The Court has broad discretion in this matter and has routinely consolidated actions for discovery purposes only. See, e.g., Saleh v. Titan Corp., 436 F.Supp.2d 55, 60 (D.D.C. 2006). If the cases were consolidated for trial purposes, the jury is likely to be confused by the numerous and complex differences relating to the legal claims and damages of each decedent. Therefore, a consolidated trial is likely to impinge on the Seventh Amendment rights of the Plaintiffs.

7. Plaintiff Gregory Schoenborn does not consent to the relief requested in this motion. Defense counsel, for both actions, consents to the consolidation of the cases for all purposes. However, Plaintiff Blasko consents to the consolidation of these two cases for discovery purposes only.

WHEREFORE, the Plaintiff respectfully moves this Honorable Court to enter an Order consolidating the matters for the purpose of discovery only.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

By:     /s/ Patrick M. Regan
Patrick M. Regan    #336107
pregan@reganfirm.com
Paul J. Cornoni    #489398
pcornoni@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC 20036
PH: (202) 463-3030
FX: (202) 463-0667
*Counsel for Molly M. Blasko, as Personal Representative of the Estate of Sally Dean McGhee, Deceased*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOLLY M. BLASKO, as Personal Representative of the Estate of SALLY DEAN McGHEE, Deceased<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY<br><br>    Defendant. | :<br>:<br>:<br>:<br>:  Case No. 1:07-cv-00833<br>:<br>:  Judge Ricardo Urbina<br>:<br>:<br>:<br>: |

## ORDER

Upon consideration of the Motion to Consolidate the cases of *Gregory E. Schoenborn v. Washington Metropolitan Area Transit Authority*, pending as Civil Action No. 1:07 cv 00544, and *Molly Blasko v. Washington Metropolitan Area Transit Authority*, pending as Civil Action No. 1:07-cv-00833, and a review of the entire record herein, it is this _____ day of _____, 2007;

ORDERED that the Motion be, and the same hereby is, GRANTED, and Civil Action Nos. 1:07 cv 00544 and 1:07-cv-00833 are consolidated for the purpose of discovery only.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

- 2 -

cc:   Patrick M. Regan, Esquire
      Paul J. Cornoni, Esquire
      Regan Zambri & Long
      1919 M Street, NW, Suite 350
      Washington, DC  20036

      Peter C. Grenier, Esquire
      Michael K. Hibey, Esquire
      Bodier & Grenier
      1150 Connecticut Avenue, NW
      Ninth Floor, Connecticut Building
      Washington, DC  20036-0000

      Jeffrey C. Seaman, Esquire
      WMATA
      600 Fifth Street, NW
      Washington, DC  20001