**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOLLY M. BLASKO, as Personal Representative of the Estate of SALLY DEAN McGHEE, Deceased** | : |
| | : |
| **Plaintiff,** | : |
| | Case No. 1:07-cv-00833 |
| **v.** | : |
| | **Judge Ricardo Urbina** |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| | : |
| **Defendant.** | |
| | : |

## PRAECIPE ENTERING APPEARANCE

The Clerk of the Court will please enter the appearance of Paul Cornoni, Esquire as co-counsel for the Plaintiff. All other counsel of the Plaintiff remain in the case.

    Respectfully submitted,

    REGAN ZAMBRI & LONG, PLLC


By:    */s/ Paul Cornoni*
    Patrick M. Regan   #336107
    pregan@reganfirm.com
    Paul J. Cornoni     #489398
    pcornoni@reganfirm.com
    1919 M Street, NW, Suite 350
    Washington, DC  20036
    PH:  (202) 463-3030
    FX:  (202) 463-0667
    *Counsel for Molly M. Blasko, as Personal Representative of the*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

*Estate of Sally Dean McGhee, Deceased*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

### CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the foregoing Praecipe Entering Appearance was electronically filed in the United States District Court for the District of Columbia and mailed, postage prepaid, this 31st day of July, 2007 to:

>Kathleen Carey, Esquire
>Jeffrey C. Seaman, Esquire
>WMATA
>600 Fifth Street, NW
>Washington, DC  20001

>*/s/ Paul Cornoni*
>Paul Cornoni