UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOLLY M. BLASKO, as Personal Representative of the Estate of SALLY DEAN McGHEE, Deceased, : : : : | |
| Plaintiff, : | Civil Action No.: 07-0833 (RMU) |
| v. : | Document No.: 6 |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, : : | |
| Defendant. : | |

| | |
|---|---|
| GREGORY E. SCHOENBORN, as Personal Representative of the Estate of MARTHA S. SCHOENBORN, Deceased, : : : : | |
| Plaintiff, : | Civil Action No.: 07-0544 (RMU) |
| v. : | Document No.: 11 |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, : : | |
| Defendant. : | |

## ORDER

### GRANTING PLAINTIFF BLASKO'S PARTIAL CONSENT MOTION FOR CONSOLIDATION; GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION FOR CONSOLIDATION

For the reasons stated in the accompanying Memorandum Opinion, it is this 8th day of August, 2007,

**ORDERED** that Plaintiff Blasko's partial motion to consolidate for discovery purposes is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant's motion for consolidation is **GRANTED in part** and **DENIED in part**, without prejudice.

**SO ORDERED**.

RICARDO M. URBINA<br>United States District Judge