UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. SCHOENBORN, as Personal Representative of the Estate of MARTHA SCHOENBORN, Deceased : : : : | |
| Plaintiff : | Case No. 1:07-cv-00544 (RMU) |
| v. : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY : : | |
| Defendant : : | |
| AND : | |
| MOLLY M. BLASKO, as Personal Representative of the Estate of SALLY DEAN McGHEE, Deceased : : : | |
| Plaintiff, : | |
| v. : | Case No. 1:07-cv-00833 (RMU) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY : : | |
| Defendant. : : | |

**PLAINTIFF'S INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Molly M. Blasko, as personal representative of the Estate of Sally Dean McGhee, by and through undersigned counsel,

-1-

provides the following initial disclosures, which she reserves the right to supplement and to amend as necessary:

   (A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

>    Molly M. Blasko
>    1673 Linkside Court North
>    Atlantic Beach, FL 32233
>    (904) 241-7875
>    Sister of Ms. Sally McGhee— knowledge of Ms. McGhee and her life, work, relationships, and the services she provided during her life.

>    James D. McGhee, M.D.
>    PO Box 5079
>    Silver City, NM 88062
>    (505) 534-9194
>    Brother of Ms. Sally McGhee—knowledge of Ms. McGhee and her life, work, relationships, and the services she provided during her life.

>    John Soroka, Esquire
>    Daryl Valdez, Esquire
>    Assistant United States Attorneys
>    United States Attorney's Office for the District of Columbia
>    555 4th Street, N.W.
>    Washington, D.C. 20530
>    (202) 514-7566
>    Assistant United States Attorneys involved in the prosecution of Victor Z. Kolako, driver of the WMATA bus involved in the incident that is the subject of this litigation.

>    Victor Z. Kolako
>    Address and telephone number unknown.
>    Driver of the WMATA bus involved in the incident that is the subject of this litigation.

Detective Joseph Diliberto and other members of the
Metropolitan Police Department
Government of the District of Columbia
300 Indiana Avenue, N.W.
Washington, D.C. 20001
(202) 727-4218
Detective Diliberto was involved in the police investigation of the February 14, 2007, incident. He possesses knowledge of the incident and the investigation of the incident.

Marie-Lydie Y. Pierre-Louis, M.D.
Government of the District of Columbia
Office of the Chief Medical Examiner
1910 Massachusetts Avenue, S.E., Building 27
Washington, D.C. 20003
(202) 698-9000

Fiona J. Couper, Ph.D.
Government of the District of Columbia
Office of the Chief Medical Examiner
1910 Massachusetts Avenue, S.E., Building 27
Washington, D.C. 20003
(202) 698-9000

John Doe(s)
Unknown members of the District of Columbia Fire and Emergency Medical Services Department involved in responding to the scene of the February 14, 2007 incident.
Fire and Emergency Medical Services Department
Government of the District of Columbia
1923 Vermont Avenue, N.W., Suite 201
Washington, D.C. 20001
(202) 673-3331

Shizaad Cheeme
Witness to the incident in question.
Address unknown

John Doe(s)
Unknown witnesses to the February 14, 2007 incident.

Deborah Platt Majoras, Chairman
Federal Trade Commission

    600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20580
    (202) 326-2222
    Knowledge of Ms. McGhee's employment with the Federal Trade Commission.

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

    Plaintiff incorporates all documents and items previously provided to Defendant by Plaintiff Gregory Schoenborn, including a copy of the Metropolitan Police Department traffic accident report for the February 14, 2007 incident; a copy of the National Archives Building surveillance recording of the February 14, 2007 incident; and all other materials.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

    Plaintiff's Counsel is in the process of obtaining this material and will provide said material to the Defendant upon receipt. The next of kin of the decedent incurred burial expenses, have suffered the loss of anticipated future earnings, lost the pecuniary value of services expected to be performed by the decedent, and lost any and all other damages recoverable under the DC Wrongful Death Act. Further, the decedent experienced severe pain, suffering, and mental anguish during the last day of her life.

    These economic and non-economic damages remain to be determined.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

    Not applicable.

-5-

    Respectfully submitted,

    REGAN ZAMBRI & LONG, PLLC

    By:    */s/ Patrick M. Regan*
           Patrick M. Regan  #336107
           pregan@reganfirm.com
           Paul J. Cornoni  #489398
           pcornoni@reganfirm.com
           1919 M Street, NW, Suite 350
           Washington, DC  20036
           PH: (202) 463-3030
           FX: (202) 463-0667
           *Counsel for Molly M. Blasko, as Personal Representative of the Estate of Sally Dean McGhee, Deceased*

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Initial Disclosures Pursuant to Rule 26(a) was electronically filed in the United States District Court for the District of Columbia this 11th day of September, 2007 with service to the following:

>Peter C. Grenier, Esquire
>Bode & Grenier, LLP
>1150 Connecticut Avenue, NW
>9th Floor, Connecticut Building
>Washington, DC  20036
>
>Kathleen Carey, Esquire
>Jeffrey C. Seaman, Esquire
>WMATA
>600 Fifth Street, NW
>Washington, DC  20001

> */s/ Patrick M. Regan*
> Patrick M. Regan