# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREGORY E. SCHOENBORN, as Personal     :
Representative of the Estate of MARTHA
SCHOENBORN, Deceased     :

     Plaintiff,     :

     :  **Case No. 1:07-cv-00544 RMU**

     v.     :

WASHINGTON METROPOLITAN
   AREA TRANSIT AUTHORITY     :

     Defendant.     :
_____     *Consolidated with*

MOLLY M. BLASKO, as Personal     :
Representative of the Estate of SALLY
DEAN McGHEE, Deceased     :

     Plaintiff,     :

     **Case No. 1:07-cv-00833 RMU**

     v.     :

WASHINGTON METROPOLITAN
   AREA TRANSIT AUTHORITY     :

     :

     Defendant.     :

## PLAINTIFF BLASKO'S PRELIMINARY EXPERT DESIGNATION

Plaintiff Molly M. Blasko, as Personal Representative of the Estate of Sally Dean McGhee, deceased, by and through undersigned counsel, hereby provides the expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2), as well as the Local Rules of this Court. These expert disclosures are based upon discovery which has been conducted to date, and Plaintiff reserves the right to supplement this pleading, as well as

Regan Zambri & Long,
P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

designate additional experts and/or rebuttal experts pending completion of additional discovery, including the identification of any defense experts. Please note that the sentence structure and language is solely that of counsel for Plaintiff and represents counsel's choice of words and not any of the experts identified in this document.

## A.    **IDENTITY OF EXPERTS**

The following persons may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

1.    Joseph Diliberto
       Metropolitan Police Department
       300 Indiana Avenue, N.W.
       Washington, D.C. 20001

2.    Marie-Lydie Y. Pierre-Louis, M.D.
       Government of the District of Columbia
       Office of the Chief Medical Examiner
       1910 Massachusetts Avenue, S.E., Building 27
       Washington, D.C. 20003

3.    Fiona J. Couper, Ph.D.
       Government of the District of Columbia
       Office of the Chief Medical Examiner
       1910 Massachusetts Avenue, S.E., Building 27
       Washington, D.C. 20003

4.    Designated Representative of
       National Archives and Records Administration
       700 Pennsylvania Avenue, NW
       Washington, DC 20408

5.    Plaintiff reserves the right to call as an expert witness a designated representative of the National Archives and Records Administration to authenticate the videotape of the incident in question.

6.    Any expert witnesses identified by any other party in this litigation.

Regan Zambri & Long,
P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## II.    INFORMATION REGARDING SPECIALLY RETAINED OR SPECIALLY EMPLOYED EXPERTS

The following persons are those whom Plaintiff has retained or specially employed to provide expert testimony:

1.    Kevin M. McGrail, MD, FACS
      Department of Neurosurgery
      Georgetown University Medical Center
      3800 Reservoir Road, NW
      Washington, DC 20007

Dr. McGrail is the Chairman of the Department of Neurosurgery at Georgetown University Medical Center. He is board-certified by the American Board of Neurological Surgery and has been practicing in the field of neurosurgery since his fellowship at Massachusetts General Hospital beginning in 1984. Dr. McGrail is the Director of the Cerebrovascular Surgery, as well as the Surgical Director of the Stroke Response Team both at Georgetown University Medical Center. Dr. McGrail is a member of the American Association of Neurological Surgeons, the Congress of Neurological Surgeons, the Joint Section on Cerebrovascular Surgery, the American Association for the Advancement of Science, the American College of Surgeons, and the Washington, DC Academy of Neurosurgery. Dr. McGrail's professional accomplishments are more fully set forth in the attached CV.

Dr. McGrail's report concerning his opinions and conclusions in the present case is attached as Exhibit 1. Also included with Dr. McGrail's report are his current curriculum vitae, his fee schedule, and a list of cases.

Regan Zambri & Long,
P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Dr. McGrail continues to review additional materials as they are generated during the course of this litigation, and in the event that his opinions and/or conclusions are altered in any substantive way, a supplemental summary of his opinions will be provided.

Plaintiff's counsel will schedule Dr. McGrail's deposition at a mutually convenient date and time if so requested by defense counsel.

> 2.    Dr. Michael E. Batipps
> Neurodiagnostic Associates
> 106 Irving Street, NW, Suite 2600N
> Washington, DC  20010

Dr. Batipps is a Fellow of the American Academy of Neurology, and is the Vice Chairman of the Department of Neurology at the Washington Hospital Center. Dr. Batipps is board certified by the American Academy of Pain Management, and is also board certified by the American Board of Neurology and Psychiatry.  Dr. Batipps is a Fellow of the American Academy of Neurology and has been licensed to practice in the District of Columbia since 1977.  Dr. Batipps is an Assistant Professor of Clinical Neurology at George Washington University, and is an Associate Professor of Clinical Neurology at Howard University.  Dr. Batipps' professional qualifications are more fully set forth in the attached curriculum vitae.

Dr. Batipps' report concerning his opinions and conclusions in the present case is attached as Exhibit 2.  Also included with Dr. Batipps' report are his current curriculum vitae, his fee schedule, and a list of cases.

Regan Zambri & Long,
P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Dr. Batipps continues to review additional materials as they are generated during the course of this litigation, and in the event that his opinions and/or conclusions are altered in any substantive way, a supplemental summary of his opinions will be provided.

Plaintiff's counsel will schedule Dr. Batipps' deposition at a mutually convenient date and time if so requested by defense counsel.

3.    Peder K. Melberg, M.A.
      Vocational Resources
      11520 Nuckols Road
      Suite 101, Concourse Commons
      Glen Allen, Virginia 23060

Mr. Melberg is a Masters-prepared expert in the fields of Vocational Evaluation and Rehabilitative Counseling. In 1976, he completed a Bachelor of Arts degree in Psychology from the University of Wisconsin, and in 1981 obtained a Master of Arts degree in Vocational Rehabilitation Counseling/Psychology from the same institution. Mr. Melberg currently holds a position as a Vocational Evaluator and Rehabilitation Counselor at Vocational Resources located in Richmond, Virginia. Mr. Melberg's educational background and extensive experience are described in detail in the attached curriculum vitae.

Mr. Melberg's report concerning his opinions and conclusions in the present case is attached as Exhibit 3. Also included with Mr. Melberg's report are his current curriculum vitae, his fee schedule, and a list of cases.

Regan Zambri & Long,
P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 5 -

Mr. Melberg continues to review additional materials as they are generated during the course of this litigation, and in the event that his opinions and/or conclusions are altered in any substantive way, a supplemental summary of his opinions will be provided.

Plaintiff's counsel will schedule Mr. Melberg's deposition at a mutually convenient date and time if so requested by defense counsel.

4.      Richard J. Lurito, Ph.D.
RL, Inc.
1491 Chain Bridge Road, Suite 300
McLean, VA 22101

Dr. Richard J. Lurito is an expert in the field of economics and statistics. Dr. Lurito's education, training, academic and publication credentials are set forth in his curriculum vitae, which is attached hereto.

Dr. Lurito's report concerning his opinions and conclusions is being furnished under separate cover.  Attached here are Dr. Lurito's current curriculum vitae, his fee schedule, and a list of cases.

Dr. Lurito continues to review additional materials as they are generated during the course of this litigation, and in the event that his opinions and/or conclusions are altered in any substantive way, a supplemental summary of his opinions will be provided.

Regan Zambri & Long,
P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Plaintiff's counsel will schedule Dr. Lurito's deposition at a mutually convenient date and time if so requested by defense counsel.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By:     /s/ Patrick M. Regan
Patrick M. Regan     #336107
pregan@reganfirm.com
Paul J. Cornoni     #489398
pcornoni@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC  20036
PH: (202) 463-3030
FX: (202) 463-0667
*Counsel for Molly M. Blasko, as Personal Representative of the Estate of Sally Dean McGhee, Deceased*

Regan Zambri & Long,
P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 7 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff Blasko's Preliminary Expert Designation was electronically filed and mailed, postage prepaid, this 29th day of October, 2007, to:

> Peter C. Grenier, Esquire
> Bode & Grenier, LLP
> 1150 Connecticut Avenue, NW
> 9th Floor, Connecticut Building
> Washington, DC 20036
>
> Kathleen Carey, Esquire
> Jeffrey C. Seaman, Esquire
> WMATA
> 600 Fifth Street, NW
> Washington, DC 20001

_____/s/ Patrick M. Regan_____
Patrick M. Regan

Regan Zambri & Long,
P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 8 -

1

# *From the Office of Kevin M. McGrail, M.D., F.A.C.S.*
# *1203 South Huntress Court*
# *McLean, VA 22102*

**Diplomat, American Board of Neurological Surgery**

October 25, 2007

Attorney Patrick M. Regan
Regan Zambri and Long, PLLC
1919 M Street, NW, Suite 350
Washington, D.C. 20036
Fax: 202-463-0667

**Re: McGhee v. WMATA**

Dear Mr. Reagan:

Pursuant to your request, I have prepared the following report concerning my opinions and conclusions regarding Sally D. McGhee. I am Chairman of the Department of Neurosurgery at Georgetown University Hospital and Professor of Neurosurgery at the Georgetown University School of Medicine. I am licensed to practice medicine in Washington, DC and have been practicing in the field of neurosurgery for more than 15 years. I am board certified in neurosurgery, a member of many local and national professional organizations. My educational and professional requirements are set forth in more detail in my CV which is attached.

In connection with the case involving the death of Sally McGhee, I have reviewed a number of materials including the autopsy report, the police/EMS report, the deposition transcript of an eyewitness, Mohammad Cheema, and other legal documents. Based upon my review of these materials, it is my opinion, within a reasonable degree of professional certainty, that Ms. McGhee experienced severe conscious pain and mental anguish between the time she was run over by the WMATA vehicle and the time of her death. This opinion is based upon my extensive training, education, experience and the materials that I have reviewed pertaining to this case.

According to the autopsy report, Ms. McGhee suffered multiple blunt impact and crushing injuries; contusions, abrasions and lacerations of body surfaces; and fractures of her spine, ribs, pelvis. While these injuries are almost always fatal, they do not necessarily involve instantaneous death. Indeed, in this case, it is my opinion, primarily based upon the testimony of the eyewitness, that Ms. McGhee experienced conscious pain and mental anguish for several minutes before she lapsed into an unconscious state and ultimately died. For instance, according to an eyewitnesses, she was observed immediately after being struck by the bus with her eyes open and trying to talk. Although the witness was unable to determine what she was saying, the fact that she was attempting to communicate, is clear evidence that she

was conscious. It is important to note that despite the fact that Ms. McGhee suffered devastating injuries to multiple organ systems, her brain did not appear on autopsy to have catastrophic damage. This is consistent with the conscious period she experienced following her trauma, as observed by Mr. Cheema. During this time I believe she experienced great conscious pain and anguish.

As mentioned earlier, I hold these opinions within a reasonable degree of professional certainty.

My charges for medical legal work are $375 per hour for review of documents, $500 per hour for depositions ($1,500 minimum), and $5,950 for trial testimony. I will be happy to review additional materials concerning Ms. McGhee if so requested.

Sincerely,

Kevin M. McGrail, M.D., F.A.C.S.

# CURRICULUM VITAE

| | |
|---|---|
| **Name:** | Kevin M. McGrail, MD, FACS |

**Office Address:**    Department of Neurosurgery
Georgetown University Medical Center
3800 Reservoir Road, NW
Washington, DC 20007

**Office Telephone:**    (202) 444-4972
**Date of Birth:**    March 16, 1957
**Place of Birth:**    Melrose, Massachusetts
**Citizenship:**    U.S.A.

**Licensure:**

District of Columbia   Number: 19464        Issued: 02/19/92

**Certification:**    The American Board of Neurological Surgery
(Board Certified, May, 1994)

**Education:**

**1979**    B.S., Tufts University, Medford
Massachusetts, Dates Attended: 9/75 - 6/79
**1983**    M.D., Tufts University School of Medicine, Boston,
Massachusetts, Dates Attended: 9/79 - 6/83

**Post Doctoral Training:**

| | |
|---|---|
| **1983-1984** | Surgical Intern, University of Maryland Hospital, Baltimore, MD (Joseph McLaughlin, M.D.) |
| **1984-1985** | Research Fellow in Neurosurgery, Massachusetts General Hospital, Boston , MA  (Kathleen J. Sweadner, PhD.) |
| **1985-1989** | Resident in Neurosurgery, Massachusetts General Hospital, Boston, MA            (Nicholas T. Zervas, M.D.) |
| **1989-1990** | Chief Resident in Neurosurgery, Massachusetts General Hospital, Boston, MA            (Nicholas T. Zervas, M.D.) |
| **1990-1991** | Clinical Fellow in Neurosurgery, Mayo Clinic, Rochester, MN (Thoralf M. Sundt, Jr., M.D.) |
| **10/91-12/91** | Chief Resident in Neurosurgery, Mayo Clinic, Rochester, MN (Thoralf M. Sundt, Jr., M.D.) |

**Academic Appointments:**

| | |
|---|---|
| **1984-1985** | Research Fellow in Neurobiology, Harvard Medical School, Boston, MA |
| **1985-1990** | Clinical Fellow in Surgery (Neurosurgery), Harvard Medical School Boston, MA |
| **1990-1991** | Clinical Fellow in Neurosurgery, Mayo Graduate School of Medicine Rochester, MN |
| **1992 - 1997** | Assistant Professor of Neurosurgery, Georgetown University School of Medicine, Washington, D.C. |
| **1998 – 2002** | Associate Professor of Neurosurgery, Georgetown University School of Medicine, Washington, D.C. |
| **2003** | Professor of Neurosurgery, Georgetown University School of Medicine, Washington, D.C. |

2

## Professional Experience:

**2002 - present**  Chairman, Department of Neurosurgery, Georgetown University
                    School of Medicine, Washington, D.C.

**2000 – 2002**     Interim Chairman, Department of Neurosurgery, Georgetown University
                    School of Medicine, Washington, D.C.

**1992 - present**  Director of Cerebrovascular Surgery, Georgetown University
                    Medical Center, Washington, D.C.

**1992 - 1993**     Director of Pediatric Neurosurgery, Georgetown University Medical
                    Center, Washington, D.C.

**1992 - 1994**     Medical Director, Neurosurgical Intensive Care Unit, Georgetown
                    University Medical Center

**1996 - present**  Surgical Director, Stroke Response Team, Georgetown
                    University Medical Center

## Awards and Honors:

**1978**  The Paul A. Warren Award in Genetics, Tufts College, Medford, MA
**1978**  Sigma XI (The Scientific Research Society)
**1979**  Magna Cum Laude, (Chemistry), Tufts College, Medford, MA
**1981**  The Devlin Medical Scholarship
**1982**  Alpha Omega Alpha, Tufts University School
          of Medicine, Boston, MA

## Professional Societies:

**1993**  Washington, D.C. Academy of Neurosurgery
**1994**  American Association of Neurological Surgeons
**1994**  Congress of Neurological Surgeons
**1995**  Joint Section on Cerebrovascular Surgery (AANS, CNS)
**1995**  American Association for the Advancement of Science
**1997**  American College of Surgeons

**Public Service:**

| | |
|---|---|
| **1995** | National Institutes of Health, Study Section, " The Use of Lasers in the Treatment of Occlusive Cerebrovascular Disease" |
| **1995 - 1996** | Secretary/Treasurer, Washington Academy of Neurosurgery |
| **1995 - 1997** | National Carotid Endarterectomy Task Force, Commissioned by the American Association of Neurological Surgeons and the Congress of Neurological Surgeons |
| **1996 - 1997** | President, Washington Academy of Neurosurgery |
| **1998** | Selected as Moderator for Scientific Session on the Management of Arterial Venous Malformations.  Joint Section on Cerebrovascular Surgery (AANS, CNS), Winter Meeting, Nashville, TN, 1999 |
| **1998** | Grading Committee for Scientific Abstracts. Joint Section on Cerebrovascular Surgery (AANS, CNS),  Nashville, TN, 1999 |
| **1995 - 1998** | Editorial Board,  Journal of Neurovascular Disease |
| **1998** | Guest Reviewer, **Surgery** |

**Invited Lectures:**

| | |
|---|---|
| **1997** | Congress of Neurological Surgeons, New Orleans, LA, "Aneuryms, To Coil or Clip?" |
| **1999** | American Academy of Physical Medicine and Rehabilitation National Meeting, Washington, D.C., "New Therapies in the Acute Treatment of Brain Aneurysms." |
| **2000** | American Neurotology Society National Meeting, Washington, D.C., "Surgical Treatment for Infections of the Central Nervous System." |
| **2001** | " Management of Complex Cerebrovascular  Disorders", George Washington University School of Medicine Neurosurgery Grand Rounds. |

**University Service:**

| | |
|---|---|
| **1992 - 1994** | Quality Improvement Committee, Georgetown University Medical Center |

4

| 1992 - 1996 | Organ Donation Committee, Georgetown University Medical Center |
| 1994 - 1997 | Utilization Review Committee, Georgetown University Medical Center |
| 1996 - present | Graduate Medical Education Committee, Georgetown University School of Medicine |
| 1997 | Clinical Standards Committee, Georgetown University Medical Center |
| 1997 - 1998 | Committee on Operating Room Efficiency |
| 1998 | Operating Room Committee |
| 1998 | Member, Georgetown University Faculty Senate |
| 1999 | University Committee on Investments and Social Responsibility |
| 1999 | Committee on Faculty |
| 2000 | Member, Center for Neural Injury and Recovery |

**Teaching Activities:**

| 1992 – present | Director, Resident Selection and Training, Department of Neurosurgery, Georgetown University School of Medicine |
| 1992 - 1995 | Director, Medical Student Teaching, Department of Neurosurgery, Georgetown University School of Medicine |

5

**Publications:**

**Original papers:**

1. McGrail, K.M., Heros, R.C., Debrun, G., Beyerl, B.D.: Aneurysm of the petrous segment of the internal carotid artery. J. Neurosurg. 1986;65:249-252.

2. McGrail, K.M., Sweadner, K.J.: Immunofluorescent localization of two different Na, K-ATPases in the rat retina and in identified dissociated retinal cells. J. Neurosci. 1986;6:1272-1283.

3. McGrail, K.M., Beyerl, B.D., Black, P.M., Klibanski, A., Zervas, N.T.: Lymphocytic adenohypophysitis of pregnancy with complete recovery. Neurosurgery. 1987;20:791-793.

4. McGrail, K.M., Sweadner, K.J.: Complex expression patterns for Na, K-ATPase isoforms in retina and optic nerve. Eur. J. Neurosci. 1989;2:170-176.

5. McGrail, K.M., Phillips, J.M., Sweadner, K.J.: Immunofluorescent localization of three Na, K-ATPase isozymes in the rat central nervous system: Both neurons and glia can express more than one Na, K-ATPase. J. Neurosci. 1991;11:381-391.

6. Sweadner, K.J., McGrail, K.M., Khan, B.A.: Discoordinate regulation of isoforms of the Na. K-ATPase and myosin heavy chain in the hypothroid postnatal rat heart and skeletal muscle. J. Biol. Chem. 1992; 267:769-773. **

7. McGrail, K.M., Muzzi, D.A., Losasso, T.J., Meyer, F.B.: Ventriculoatrial shunt distal catheter placement using transesophageal echocardiography. Neurosurgery. 1992;30:747-9. **

8. Ogilvy, C.S., McGrail, K.M., Chapman, P.H.: Subdural empyema complicating bacterial meningitis in a child: Enhancement of membrane using gadolinium on MRI in patients without enhancement on computerized tomography. Surg. Neurol. 1992;37:138-141 **

9. McGrail, K.M., Ojemann, R.G.: The surgical management of benign Intracranial meningiomas and acoustic neuromas in patients 70 years of age and older. Surg. Neurol.. 1994;42:2-7. **

6

10. Piepgras, D.G., McGrail, K.M., Tazelaar, H.D.: Intracranial dissection of the distal middle cerebral artery as an uncommon cause of distal cerebral artery aneurysm. J. Neurosurg. 1994;80:909-13. **

11. Winston, K.R., Ogilvy, C.S., McGrail, K.M.: Reduction Cranioplasty. Pediatr. Neurosurg.1995;22:228-234. **

12. McGrail, K.M., Piepgras, D.G.: The management of giant vertebral artery aneurysms. J. Neurovasc. Dis 1996;1:21-26. **

13. McGrail, K.M.: The intraoperative use of electroencephalography as an assessment of cerebral blood flow. Neurosurg. Clin. of North America. 1996;7:685-692. **

14. Hunter, W.D., McGrail, K.M.: Staged resection of a large cavernous angioma in a 10 year old child. J. Neurovasc. Dis. 1997;2:92-96. **

15. Mashour, G.A.,. McGrail, K.M.: Nitic Oxide and the Pathogenesis of Cerebral Vasospasm. J. Neurovasc. Dis. 1997;2:202-205. **

16. Watson, V., Coumans, J., McGrail, K., Guglielmi, G: Rupture of cerebral anuerysms during endovascular treatment with electrolytically detachable coils: Incidence, management, and outcome. J. Neurovasc. Dis. 1998;3:269-275**

17. Bhargava, P, McGrail, K.M., Manz, H.J., Baidas, S: Lung carcinoma metastatic to intracranial meningioma. Case report and review of literature. Am. J. of Clin. Oncology 1999,22:199-202. **

18. Coumans, J.V, Watson, V., Picken, C., McGrail, K.M.: Saphenous vein Interposition graft for recurrent carotid stenosis following prior endarterectomy and stent placement. J. Neurosurg. 1999,90:567-570**

19. Coumans, J.V., McGrail, K.M.: Aneurysms: To coil or clip? Perspectives in Neurological Surgery. 1999;10:125-145. **

20. Sandhu, F., McGrail, K.M.: The evaluation and management of acute low back pain. Emerg. Med. 1999;31:20-46.**

21. Coumans, J.V., Mcgrail, K.M: Psychiatric presentation of carotid stenosis. Surgery. 2000;127:713-715.

**Books or Chapters:**

1. McGrail, K.M., Zervas, N.T.: The empty sella syndrome. In **Neurological Surgery,** Third Edition. Youmans (ed). W.B. Saunders Company. 1990;5:3505-3513.

2. McGrail, K.M., Phillips, J.M., Sweadner, K.J.: Diveersity of Na, K-ATPase isoform disribtuion in the nevous system. In: **The Sodium Pump: Recent Developments.**The Rockfeller University Press. 1991;153-156.

3. McGrail, K.M., Selman, W.R.: **The Management of Carotid Occlussive Disease.** Joint Section on Cerebrovascular Surgery of the American Association of Neurological Surgeons and the Congress of Neurological Surgeons. 1996. **

4. Sandhu, F.A. and McGrail, K.M., Management of Intracranial Hemorrhage, in **Critical Pathways in Neurology**, Cohan, S.L. (ed) Dunitz Publishers, London, in press. **

**Abstracts:**

1. McGrail, K.M., Sweadner, K.J.: Immumofluorescent localization of two Na, K-ATPase in the retina and optic nerve. Association for Research in Vision and Opthamology Abstracts. 1985.

2. McGrail, K.M., Sweadner, K.J.: Three isozymes of the NA, K-ATPase have distinctly different cellular distributions in rat CNS. Soc. Neurosci. Abstracts. 1988;14:1018

3. Sweadner, K.J., McGrail, K.M., Phillips, J.M.: Isozymes of the Na, K-ATPase localized by immunoflurorescence with isozyme-specific antobodies. Int. Cong. Histochem. Cytochem. Abstracts. 1988.

4. McGrail, K.M., Piepgras, D.G., Sundt, T.M. Jr.:The management of giant vertebral artery aneurysms. Cong. Neurosurg. Abstracts. 1991.

5. Feigenbaum F, Maher C, McGrail, K.M., Morbidity of External Ventricular Drainage in the Setting of Aneurysmal Subarachnoid Hemorrhage. Joint Section on Cerebrovascular Surgery Abstracts. 1998 **

8

6.  Watson, V., McGrail, K., Guglielmi, G: Rupture of cerebral aneurysms during endovascular treatment with electrolytically detachable coils: Incidence, management, and outcome. Joint Section on Cerebrovascular Surgery  Abstracts.  1999 **

7.  Sandhu, F.A., McGrail, K.M., Watson, V: Causes and techniques to minimize artifacts and errors in magnetic resonance imaging angiography of aneurysms treated with Guglielmi detachable coil. Cong. of Neurosurg Abstracts. 2000 **

8.  Loos, B.M., Jay, M.,Oliverio, P., McGrail, K.M., Hung, J.K: Spontaneous Otogenic Pneumocephalus due to Eustachian Tube Dysfunction. American Academy of Otolaryngology-Head and Neck Surgery Abstracts. 2001 **


**  Indicates manuscript published while at Georgetown University

# *From the Office of Kevin M.McGrail, M.D.*
# *1203 South Huntress Court*
# *McLean, VA 22102*

<u>Kevin M. McGrail, M.D. Fee Schedule</u>

Review of medical records: $375/hr.

Review of radiographic images (MRI, CT, Angiogram, X-ray, ect.): $500/hr.

Consultations with attorneys: $500/hr.

Deposition testimony and medical reports: $500/hr. with $1,500 minimum

Trial Testimony – Washington, DC metro area; $5,950/day, Outside Local area; $8,950/day in continental U.S.

**\*\*\* Retainer fee of $2,000 required prior to commencement of review.\*\***

# *From the Office of Kevin M.McGrail, M.D.,F.A.C.S.*
# *1203 South Huntress Court*
# *McLean, VA 22102*

### Diplomat, American Board of Neurological Surgery

**List of cases in which Trial Testimony or Deposition Testimony Given\*\*:**

**2007**

Dehaeck v. Louie, M.D. et al., Maryland,  Deposition Testimony for Defense

Mattie Gay Duck v. Medical Facilities of America, Inc., Virginia, Deposition testimony on behalf of plaintiff.

Rein v. Stiglitz, Washington, DC, Depositon Testimony of behalf of Plaintiff

Donna Cosmillo v. Linda Bland, MD, Florida, Trial Testimony on behalf of defendant.

Thomas Garber v. INOVA Fair Oaks Hospital, Mark Franke, M.D.
and Virginia Emergency Medicine Associates, Deposition and Trial testimony for Defense,
Circuit Court for Fairfax County, VA,

Allister Stephen v. Heather Wentworth, M.D., et al., Depositon Testimony of behalf of Plaintiff, Norfok, VA

Abbott adv. Miami Beach Healthcare Et al., Deposition testimony for Defense, Miami. Florida

Diane Chicola, as P.R. of the Estate of Robert M. Chicola, deceased v. Royal Caribbean Cruises Ltd, Deposition testimony for Defense, Miami. Florida

Valverde, Aida vs. Pablo H. Vivas, M.D., Deposition and trial testimony for Defense, Miami. Florida

**2006**

Powell v. Monford Wolf, M.D., Deposition Testimony for Defense, Maryland

Christa Martin Case, Deposition testimony for Plaintiff, Cleveland, Ohio

Ghelani, et al. v. Johns Hopkins Hospital, et al., Deposition Testimony for Defense, Baltimore, Maryland

Rein v. Stiglitz, Deposition Testimony for Defense, District of Columbia

Patricia Fulkroad, et al. v. Dr. David Ludwig, et al., Deposition Testimony for Defense, Ohio

Allison M. Gittens (Estate of Sandra Carter) vs. American Radiology, Inc., et al., Deposition Testimony for Defense, Maryland

Wiggins v. Fossett, Deposition Testimony for Defense, District of Columbia

Rose Butera v. Laura Oosterbaan Smith, ARNP, Deposition and Trial testimony for Defense, Florida

Wheeler v. Donald J. Moyer, M.D., Deposition Testimony for Defense, Florida

McMaines v. Agha Khan, MD, Deposition testimony for the Defense, Maryland

Anthony Hemsley v. Southern Maryland Hospital, Deposition testimony as a factual witness, Maryland

Birden/Burden, et al. v. UMMS, Deposition Testimony for Defense, Maryland


**2006**

Reifman v. Gorsen  Fairfax, VA Deposition Testimony on behalf of Defendant

Cosmillo v. Bland, Vero Beach, FL  Deposition Testimony on behalf of Defendant

Patricia Fulkroad, et al. v. Dr. David Ludwig, et al., Cleveland, OH, Deposition Testimony on behalf of Defendant

Case of patient Christa Martin, Cleveland, OH, Deposition Testimony on behalf of Plaintiff


**2005**

William Franklin Stewart v. National Medical Imaging, LLC, et. Al., Maryland, Deposition Testimony on behalf of Defendant

Wheeler v. Donald J. Moyer, MD, Tampa, Fl., Deposition Testimony on behalf of Defendant

**2004**

Marilyn Biesel v. Drs. Sidhu, Mathews and Al-Banna, M.D., Maryland, Deposition Testimony on behalf of Defendant

Trevor Shipes v. Wyeth Pharmaceuticals, New Jersey, Deposition Testimony on behalf of Plaintiff

Linda Sue Sheets v. Wal-Mart Stores, Inc., Virginia, Deposition Testimony on behalf of Plaintiff

Smith v. UMMS, Maryland, Deposition Testimony on behalf of Defendant

**2003**

Van Remoortere v. The Johns Hopkins Hospital, Maryland , Deposition Testimony on behalf of Defendant

Robert Chelette et al. vs. Frederick Douglas Todd, M.D., et al., Dallas, Texas, Deposition Testimony on behalf of Defendant

Hughes v. Levitt, M.D., Florida, Deposition Testimony on behalf of Defendant

Kohler v. Hennessey, Maryland, Deposition Testimony on behalf of Defendant

Claire Woodruff, et al v. The Johns Hopkins Hospital, et al, Maryland, Deposition Testimony on behalf of Defendant

Delores M. Treadway, Executrix of the Estate of William C. Treadway, Deceased v. The Fort Hamilton Hospital, et al., Ohio, Deposition Testimony on behalf of Plaintiff


Owen v. Yalamanchili, et al., M.D., Maryland, Deposition Testimony on behalf of Defendant


** This List represents my best efforts to recall testimony given. It is likely incomplete due absence of list continuously maintained during this time period.

2

# NEURODIAGNOSTIC ASSOCIATES, P.C.

CLINICAL NEUROLOGY
MICHAEL E. BATIPPS, M.D.
JOSEPH LIBERMAN, M.D.

NEUROLOGICAL NURSE PRACTITIONER
BRITANNIA REYNOLDS, N.P.

WASHINGTON HOSPITAL CENTER
PHYSICIANS' OFFICE BUILDING
SUITE 2600 NORTH TOWER
106 IRVING STREET, N.W.
WASHINGTON, D.C. 20010
(202) 829-3726

CLINICAL NEUROLOGY
PAIN MANAGEMENT
ELECTRODIAGNOSTIC STUDIES

## NEUROLOGICAL REPORT

**SALLY B. MCGHEE**
**OCTOBER 25, 2007**

I have reviewed materials regarding Sally McGhee and the event surrounding the tragic bus accident which occurred on February 14, 2007. These materials included the autopsy report and the deposition testimony of Mohammed Cheema. Mr. Cheema witnessed the accident and was at the patient's side immediately after the event.

The autopsy report documented extensive trauma to multiple organ systems which eventually resulted in her death. There was, however, no evidence of significant brain injury. Specifically there was no evidence of subdural hematoma, epidural hematoma, subarachnoid hemorrhage or intracerebral hemorrhage. Coronal sections through the cerebral hemispheres and the brainstem revealed no abnormalities. The patient died of severe but non-neurological trauma.

The testimony of Mr. Mohammed Cheema documented that immediately after the accident, the patient was breathing on her own; that her eyes were open; and that her lips were moving. Mr. Cheema witnessed the patient trying to talk and communicate.

Based on the above information, it is apparent that immediately after the bus accident, Ms. Sally McGhee was, within a reasonable degree of medical probability, awake and alert enough to be fully aware of experiencing severe physical pain and suffering. It is also likely that she was experiencing severe mental anguish prior to her death.


Michael E. Batipps, M.D.
Fellow, American Academy of Neurology

# MICHAEL E. BATIPPS, M.D., P.C.

**FELLOW, AMERICAN ACADEMY OF NEUROLOGY**
WASHINGTON HOSPITAL CENTER
PHYSICIANS' OFFICE BUILDING
SUITE 2600 NORTH TOWER
106 IRVING STREET, N.W.
WASHINGTON, D.C. 20010
(202) 829-3726

## CURRICULUM VITAE

Michael E. Batipps, M.D.

## EDUCATION

### College

Howard University College of Liberal Arts, Washington, DC, B.S., Zoology, June 1968.

### Medical School

Howard University College of Medicine, Washington, DC, M.D., June 1972.
Clarence Greene, M.D. Award for Academic Excellence in Neurosurgery

## POSTGRADUATE TRAINING

### Internship

College of Physicians and Surgeons of Columbia University, Department of Medicine, Harlem Hospital Center, New York, New York, July 1972 to June 1973.

### Medical Residency

College of Physicians and Surgeons of Columbia University, Department of Medicine, Harlem Hospital Center, New York, New York, July 1973 to June 1974.

### Neurology Residency

Columbia University-Presbyterian Medical Center, New York Neurological Institute, July 1974 to June 1977.

### National Institutes of Health Research Associate

Laboratory of Cerebral Metabolism, National Institutes of Mental Health, Bethesda, Maryland, July 1977 to July 1978.

Michael E. Batipps, M.D.                                                Page 2

## QUALIFICATIONS

Fellow, American Academy of Neurology, 1987.

Diplomate, American Board of Neurology and Psychiatry (Neurology), November 1978.
(Board Certification in Neurology).

Diplomate, American Academy of Pain Management   (Board Certification, 1990).

District of Columbia Medical License, 1977.  (#10238)

Maryland State Medical License, 1978 (#D29698)       (Inactive since 1978)

New York State Medical License, September 1973.     (Inactive since 1979)

## ACADEMIC APPOINTMENTS

George Washington University, Assistant Professor of Clinical Neurology.

Howard University, Associate Professor of Clinical Neurology.

## PROFESSIONAL SOCIETIES)

American Academy of Neurology, (Fellow, 1987; Active Member, 1978).

District of Columbia Medical Society, Active Member.

American Medical Association, Active Member.

Medicochirurgical Society of DC, Active Member.

National Medical Association, Active Member.

American Headache Association, Member.

American Academy of Pain Management, Member.

## ADVISORY BOARDS

Multiple Sclerosis Society of the National Capital Area, Professional Advisory Board
(1998 to 2004)

Epilepsy Foundation (AAbilities@) of the Chesapeake Area (1999 to 2004).

National Chronic Pain Outreach Assoc., Inc.,   Medical Advisory Board, 1990 to Present.

Michael E. Batipps                                                      Page 3

## OFFICES

Vice Chairman, Department of Neurology, Washington Hospital Center, 1983 to 2000.

Medical Board, Member, Washington Hospital Center, 1983 to 2001.

Chairman, Section of Neurology, Medical Society of DC., 1989 to 1993.

Distinguished Alumnus of the year (1994), Howard University College of Medicine, 1994.

Vice President, Medical Staff, The National Rehabilitation Hospital, 1988 to 1990.

President, Howard University Medical Alumni Assoc., 1990 to 1992.
Executive Board Member, Howard University Medical Alumni Assoc., 1984 to 2004.

Executive Board Member, Center Physicians, 1985 to 1990.
Washington Hospital Center Private Physicians Group.

President, Private Physicians Association, Washington Hospital Center, 1985 to 1987.

Chairman, Nominating Committee, Washington Hospital Center, Medical Board,
1988 and 1990.

## COMMITTEES

Columbia University College of Physicians and Surgeons Medical Alumni Assoc.,
(Postgraduate), Active Member, 1989 to 2004.

Howard University Medical Alumni, Executive Board Member, 1984 to 2004.

Member, Finance Committee, Medical Society of DC, 1995 to 1998.

Chairman, Budget Committee, Howard University Alumni Assoc., 1995 to 1998;
Chairman Scholarship Committee, Howard University Alumni Assoc., 1994 to 2004.

Member, Neurosurgery Chairman Search Committee, Washington Hospital Center,
1986 to 1987, and 1994 to 1998.

## HOSPITAL AFFILIATIONS

The Washington Hospital Center, Active Staff, Senior Attending Physician,
Department of Neurology (Vice Chairman).

The Cancer Institute of The Washington Hospital Center, Active Member, Neurologic
Oncology.

Providence Hospital, Active Staff, Attending Physician, Department of Medicine,

Division of Neurology.
Michael E. Batipps                                                      Page 4


**HOSPITAL AFFILIATIONS: (Continued)**

National Rehabilitation Hospital, Consulting Staff, Attending Neurologist
(V.P. Medical Staff, 1988 to 1990)

George Washington University Hospital, Courtesy Staff, Assistant Professor of Clinical
Neurology.


## COMMUNITY ORGANIZATIONS

Editorial Board Member, Washington Hospital Center Physician Medical News Letter,
1997 to 2002.

Member, Director of Medical Affairs Search Committee, Washington Hospital Center,
1987 to 1988.

Member, Chairman Rehabilitation Department Search Committee, Washington Hospital
Center, 1987 to 1988.

Mayor=s Medical Transitional Team, Mayor Sharon Pratt Kelly, Washington, DC, 1990 to
1991.


## SCIENTIFIC PUBLICATIONS

1) Batipps, M., Miyaoka, M., Shinohara, M., Kennedy, C., Sokoloff, L. AComparative Rate of
Local Cerebral Glucose Metabolism in Conscious Albino and Pigmented Rats.@ (Abstract
Neurology 28:366, 1982; presented to the 10th Annual Meeting of American Academy of
Neurology, April 28, 1982.

2) Miyaoka, M., Shinohara, M., Batipps, M., Pettigrew, K., Kennedy, C., Sokoloff, L. "The
Relationship Between the Intensity of the Stimulus and the Metabolic Response in the Visual
System of the Rat." Actu Neurological Scandinavica (Supplementum 72) 60:16017, 1979.

3) Miyaoka, M., Shinohara, M., Batipps, M., Kennedy, C., Sokoloff, L.: "Metabolic
Responsivity of Visual Systems of Albino and Pigmented Rats." Transaction of the
American Society for Neurochemistry 10:170, 1979.

4) Batipps, M., Miyaoka, M., Shinohara, M., Sokoloff, L., Kennedy, C,: "Comparative Rates of
Local Cerebral Glucose Utilization in the Visual System of Conscious Albino and Pigmented
Rats." Neurology 31: 58-62, 1981.

Michael E. Batipps                                                    Page 5

## LAY PUBLICATIONS

Washingtonian Magazine,  rated among "Top Doctors" in Neurology.  (Listed in every year ratings done including: 1991, 1993, 1995, 1997, 1999 and 2003).

Health Quest Magazine,  "Interviews on Migraine Headaches." February 1987.

## TELEVISION AND RADIO BROADCASTS

1)    Health Panel, WHUT (Howard University TV), "Multiple Sclerosis" Panel Discussion, 1999.

2)    Interview, Channel 4 News, "Multiple Sclerosis," 1993.

3)    Health Materials, Channel 4, "Headaches," February 1987.

4)    Focus on Your Health, WGAY, "Migraine," March 1986.

## MEDICAL RECORD, WDCU 90.1 FM

### CLINICAL NEOLOGY SERIES

1)    Multiple Sclerosis,  February, 1990.

2)    Epilepsy and Seizures,  June, 1989.

3)    Headache Part II  (Diagnosis and Treatment),  March, 1988.

4)    Headache Part I  (Migraine),  January 1988.

**MICHAEL E. BATIPPS, M.D., P.C.**
**FELLOW, AMERICAN ACADEMY OF NEUROLOGY**
106 IRVING ST., NW
SUITE 2600 NORTH TOWER
WASHINGTON, DC 20010
(202) 829-3726

## MEDICOLEGAL SERVICES FEE SCHEDULE

| | |
|---|---|
| Complex Comprehensive Consultation and/or IME | $390.00/hour |
| Review of Records | $390.00/hour |
| Review of Depositions/ Medical Literature | $390.00/hour |
| Preparation of Reports | $390.00/hour |
| Consultation with Attorney in office or by telephone | $390.00/hour |
| *Testimony: Court or Deposition | $450.00/hour |

*Additional charges for preparation may be billed if applicable

Services must be paid 10 days prior to scheduled appointment with a 48 hour cancellation notice.

**Please make check payable to:**
**Michael E. Batipps, M.D., P.C.**
**Tax ID# 75-3243191**

3

# *Vocational Resources*

11520 NUCKOLS ROAD
SUITE 101, CONCOURSE COMMONS
GLEN ALLEN, VIRGINIA 23059
(804) 747-9937 ● FAX: (804) 747-0699
Email: pmelberg@hirvr.com

*Peder K. Melberg, M.A., C.R.C.*

- VOCATIONAL EVALUATION
- REHABILITATION COUNSELING
- CASE MANAGEMENT

October 29, 2007

Patrick M. Regan
REGAN, ZAMBRI & LONG
1919 M Street, NW
Suite 350
Washington, DC 20036

**RE: Sally D. McGhee (deceased)**

Dear Mr. Regan:

At your request, I have completed a preliminary assessment of the occupational alternatives and earning capacity available to Ms. Sally D. McGhee, if not for her death on February 14, 2007 at age 54. I have reviewed Ms. McGhee's resume and income records, and have interviewed a representative of her employer at time of death (Federal Trade Commission). I also have relied on information obtained from her past employer (Patton Boggs). I have further interviewed Ms. McGhee's brother, James McGhee, and sister, Molly McGhee Blasko.

Ms. Sally McGhee was employed as a secretary to the Assistant of the Director of the FTC at the time of her death. She was a GS8 Step 10 employee with annual salary of $54,194. Ms. McGhee was in the process of applying for a public relations position with the FTC at a higher grade. Her salary and prospects for employment in this position have yet to be determined.

Ms. McGhee had a lengthy successful career as a paralegal and legal secretary in the private sector before seeking employment with the FTC. From 1981 to 1999, Ms. McGhee was employed as a paralegal at Patton Boggs. She progressed to the position of Law Clerk Services Director at a salary of $69,000 in 1999. With her extensive background as a paralegal and supervisory experience, Ms. McGhee would have been employable in 2007 in a management level position paying between $100,000 and $125,000 per year with annual bonus of up to 15% of salary.

Patrick M. Regan
RE: Sally D. McGhee (deceased)
October 29, 2007
Page 2


     Ms. McGhee had expressed interest in maintaining employment for another ten to fifteen years with retirement at age 65 to 70 years old.

     As I continue to perform work on this matter, I reserve the right to amend or update this opinion as additional information becomes available.

                    Sincerely,


                    Peder K. Melberg, M.A., C.R.C.
                    Rehabilitation Counselor/Vocational Evaluator

PKM:psj

# Professional Resume
## of
## PEDER K. MELBERG, M.A., C.R.C.

**Business:**

11520 Nuckols Road, Suite 101
Concourse Commons
Glen Allen, Virginia   23059
(804) 747-9937
pmelberg@hirvr.com

**Home:**

9128 Covington Ridge Court
Mechanicsville, Virginia   23116
(804) 730-8898

## Professional Experience

**May, 1989 - present**
Vocational Resources
Richmond, Virginia
Position: Vocational Evaluator/Rehabilitation Counselor

**January, 1988 - May, 1989**
Rehabilitation Experts (STEPS, Inc.)
Richmond, Virginia
Position: Rehabilitation Counselor/Project Manager

**August, 1984 - January, 1988**
Resource Opportunities, Inc.
Richmond, Virginia
Position: Vocational Expert (Nov. 1986 - Jan. 1988)
District Manager (Aug. 1984 - May, 1987)
Vocational Rehabilitation Consultant (Aug. 1984 - Jan. 1988)

**February, 1985 - June, 1986**
Richmond Metropolitan Hospital Center for Pain Control
Richmond, Virginia
Position: Rehabilitation Consultant (subcontractor)

**December, 1981 - August, 1984**
Rehabilitation Care Consultants, Inc.
Madison, Wisconsin
Position: Vocational Rehabilitation Consultant (Dec. 1981 - Aug. 1984)
Director of Vocational Evaluation (Sept. 1982 - Aug. 1984)
Regional Manager (Dec. 1982 - June, 1984)

## Education

**December, 1981**
    University of Wisconsin
    Department of Studies in Behavioral Disabilities
    Madison, Wisconsin
    Degree:  Master of Arts
    Major:   Vocational Rehabilitation Counseling/Psychology
    Specialized Course Work In:  Vocational Evaluation, Job Placement,
        Medical Aspects of Disabling Conditions, Counseling and
        Career Development, Occupational Aspects of Disabling
        Conditions

**May, 1976**
    University of Wisconsin
    Department of Psychology
    Madison, Wisconsin
    Degree:  Bachelor of Arts
    Major:   Psychology
    Specialized Course Work In:  Clinical Psychology

## Professional Certification

Certified Rehabilitation Counselor (C.R.C.):  Commission on
    Rehabilitation Counselor Certification, Certificate No. 15598
    (1982 to present)

Diplomate:  American Board of Vocational Experts (A.B.V.E.)
        Diplomate Certificate No. 181773  (1990 to present)

Certified Rehabilitation Provider:  Board of Licensed Professional
    Counselors, Marriage and Family Therapists and Substance Abuse
    Professionals
    Commonwealth of Virginia, License No. 0715000913
    (1994 to present)

## Professional Development

Served as invited speaker to various groups including rehabilitation
agencies and firms, law firms, claims departments, employers,
and professional associations.

**October, 1990 - March, 1994**
Legislative Committee Member, VA NARPPS

**October, 1987 - October, 1991**
Contracted as Vocational Expert for Social Security Administration
Disability Hearings Program.

**January, 1984**
Elected as Secretary, Wisconsin Association of Rehabilitation
Professionals (WARP)

**March, 1983**
Corporate Crusade Captain, American Cancer Society,
Madison, Wisconsin

## Professional Association Memberships

National Rehabilitation Association (NRA)

National Rehabilitation Counseling Association (NRCA)

International Association of Rehabilitation Professionals (IARP)

Virginia Chapter of the International Association of Rehabilitation
Professionals (IARP), Charter Member

Virginia Rehabilitation Association (VRA)

Virginia Rehabilitation Counseling Association (VRCA)

Virginia Brain Injury Association

American Board of Vocational Experts

(Revised May, 2002)

# Vocational Resources

11520 NUCKOLS ROAD
SUITE 101, CONCOURSE COMMONS
GLEN ALLEN, VIRGINIA 23059
(804) 747-9937 ● FAX: (804) 747-0699
Email: vr.peder@erols.com

*Peder K. Melberg, M.A., C.R.C.*

- VOCATIONAL EVALUATION
- REHABILITATION COUNSELING
- CASE MANAGEMENT

## FEE SCHEDULE

**I.    CASE MANAGEMENT SERVICES**

    A.    REHABILITATION COUNSELING

| | |
|---|---|
| Professional Time | $175.00/hour |
| Travel Time | $175.00/hour |
| Mileage | $  .50/mile |
| Miscellaneous | At Cost |
| (Telephone, Air Fare, etc.) | |

    B.    JOB PLACEMENT / DEVELOPMENT

| | |
|---|---|
| Professional Time | $ 95.00/hour |
| Mileage | $  .50/mile |
| Miscellaneous | At Cost |
| (Telephone, Air Fare, etc.) | |

**II.    VOCATIONAL EVALUATION SERVICES**

    A.    ASSESSMENT/CONSULTATION

| | |
|---|---|
| Professional Time | $175.00/hour |
| Travel Time | $175.00/hour |
| Mileage | $  .50/mile |
| Miscellaneous | At Cost |
| (Telephone, Air Fare, etc.) | |

    B.    DEPOSITION/TRIAL TESTIMONY

| | |
|---|---|
| Testimony | $350 1st hour |
| | $175 per hour thereafter |
| Travel | $175.00/hour |
| Mileage | $  .50/mile |
| Miscellaneous | At Cost |
| (Telephone, Air Fare, etc.) | |

A $1,500 retainer fee is required before initiation of services ($1,000 in Domestic Relations cases).

(9/1/05)

**DEPOSITION TESTIMONY**
**Peder K. Melberg, M.A., C.R.C.**

| DATE | CASE & NUMBER | COURT |
|---|---|---|
| October 3, 2007 | ALICIA R. BEBOUT V. EDWARD J. KULACKI, RONNIE MEDINA & COWAN SYSTEMS<br>Case No.: 3:07CV225 | U.S. District Court, Eastern District of Virginia |
| September 25, 2007 | FADUMA HUSSEIN V. CALARK INTERNATIONAL, AND THOMAS JACK CORNELIUS<br>CL No.: 2006-11714 | Circuit Court of Fairfax County Virginia |
| August 7, 2007 | JEFFREY S. URQUHART V. RANDY DOWNEY, ET AL<br>Civil Action No.: CL06-7258 | Circuit Court for the City of Richmond Virginia |
| June 7, 2007 | CHASTITY FRAZIER V. THE CHANDLER LAW GROUP<br>At Law No.: CL05-101 | Circuit Court for the City of Charlottesville Virginia |
| March 20, 2007 | LONNIE CHRISTIAN V. MICHAEL PULIZZA, M.D., ET AL<br>Case No.: 33120 | Circuit Court of Loudoun County Virginia |
| February 20, 2007 | CHARLES H. SIMMONS VS. R.R. DAWSON BRIDGE COMPANY, ET AL<br>At Law No.: L04-1824 | Circuit Court of the City of Portsmouth Virginia |
| November 28, 2006 | BARBARA MCDONALD V. AUDREA WYNN, M.D., ET AL<br>Case No.: 2005-L-239 | Circuit Court of Winchester City Virginia |
| October 8, 2006 | RAYMOND SPROUSE V. RIVES GENTRY<br>At Law No.: CL04-10, 101 | Circuit Court for the County of Albemarle Virginia |
| October 6, 2006 | VERNON L. SHARPS VS. DISTRICT HOSPITAL PARTNERS, ET AL<br>Civil Action No.: 04-0004878 | Superior Court of the District of Columbia |
| August 15, 2006 | DANIEL SCHAD V. DELEK SERVICES, INC., ET AL<br>Case No.: 3:06CV052 | United States District Court for the Eastern District of Virginia |
| July 19, 2006 | GARY HUGHES VS. FREIGHTLINER, INC.<br>Civil Action No.: 7:04CV00308 | United States District Court for the Western District of Virginia |
| June 29, 2006 | WILLIAM G. MEREDITH VS. HONEYWELL<br>Case No.: 3:06CV158 | United States District Court for the Eastern District of Virginia |

## DEPOSITION TESTIMONY
### Peder K. Melberg, M.A., C.R.C.

| DATE | CASE & NUMBER | COURT |
|------|---------------|-------|
| April 17, 2006 | THE ESTATE OF ELIZABETH A. ANTON V. PROSPECT CAFÉ MILANO<br>Civil Action No.: 1:04CV01526 | United States District Court for the District of Columbia |
| March 14, 2006 | SAMUEL R. LARGE V. MOBILE TOOL INTERNATIONAL, INC., MTI INSULATED PRODUCTS, INC., TECO INC., & OCET, INC.<br>Case No.: 1:02 CV 177 | United States District Court for the Northern District of Indiana |
| March 13, 2006 | RALPH J. HEIM VS. CMC CONCRETE CONSTRUCTION<br>Civil Action No.: 05ca001095 | United States Superior Court of the District of Columbia |
| February 15, 2006 | DELMAR WILSON V. LEON M. DIXON, M.D., ET AL<br>Case No.: 3:05CV555 | United States District Court for the Eastern District of Virginia |
| February 9, 2006 | MARY A. OLIVARI VS. BENJAMIN T. WHITE & HELLENE KOUNTOURIOTOU<br>At. Law No.: 03-224 | Circuit Court for Arlington County Virginia |
| January 26, 2006 | WILLIAM T. BUDD, PLAINTIFF, V. VISESPONG PUNYANITYA, M.D., ET AL., DEFENDANTS<br>At Law No.: CL04-9688 | Circuit Court for the County of Fairfax Virginia |
| January 25, 2006 | WILLIAM H. BRAXTON V. CSX TRANSPORTATION, INC.<br>At Law No.: CL05T00806-00 | Circuit Court of the City of Richmond Virginia |
| January 23, 2006 | CHARLES E. FARMER VS. RONALD G. HILL, M.D. & ASSOCIATES IN SURGERY, INC.<br>Case No.: CL042815 | Circuit Court for the City of Lynchburg Virginia |
| November 10, 2005 | SAMUEL CROWELL VS. SCOTT WILLIAM EATON, ET AL<br>At Law No.: 227-391 | Circuit Court for the County of Fairfax Virginia |
| July 22, 2005 | BILLY GAY V. HOME DEPOT U.S.A., ET AL<br>Case No.: CL04-501595 | Circuit Court of the City of Richmond Virginia |
| July 12, 2005 | GENEA SWEERS V. NORTHROP GRUMMANN<br>Case No.: 37783-V-04 | Circuit Court of the City of Newport News Virginia |

2

## DEPOSITION TESTIMONY
### Peder K. Melberg, M.A., C.R.C.

| DATE | CASE & NUMBER | COURT |
|---|---|---|
| June 2, 2005 | EDWARD OBGURN V. FABARC STEEL SUPPLY, INC., CAPITOL CITY ERECTORS, INC. ET AL<br>Civil Action No.: 03-3348 | Circuit Court of Montgomery County, Alabama |
| April 20, 2005 | MARILYN BRUNO V. WESTERN UNION FINANCIAL SERVICES, INC., ET AL<br>Civil Action No.: 03-CA0004794 | Superior Court for the District of Columbia |
| April 12, 2005 | MELISSA M. SHEFFEY V. DR. WILLIAM R. WISMAN, ET AL<br>Case No.: CL03-1347 | Circuit Court of the City of Roanoke Virginia |
| March 24, 2005 | CYNTHIA HERMAN MCCRARY V. UNIVERSITY OF MARYLAND MEDICAL SYSTEM, ET AL<br>Case No.: 24-C-04-002686 | Circuit Court for Baltimore City, Maryland |
| March 2, 2005 | MARK WILSON V. OMEGA PROTEIN, INC.<br>At Law, No.: CL01-198 | Circuit Court for the County of Gloucester, Virginia |
| February 2, 2005 | KRISTEN M. HARKUM V. CHRISTOPHER BRAGA, ET AL<br>Consolidated Case No.: JFM-03-CV-556 | United States District Court for the District of Maryland |
| January 31, 2005 | CHEYENNE S. STARK, A MINOR, V. FORD MOTOR COMPANY, DICK KEFFER PONTIAC GMC TRUCK, INC. AND YOUNG FOOD, INC.<br>04 CVS 7636 | General Court of Justice, Superior Court Division North Carolina |
| January 28, 2005 | ABBE ANCELL V. MICHAEL T. FARRELL, M.D. & GASTROINTESTINAL SPECIALISTS, INC.<br>Case No.: LS-1418 | Circuit Court for the City of Richmond Virginia |
| January 25, 2005 | LISA LOVING V. DR. SCOTT GARRETT, ET AL | Circuit Court for the City of Lynchburg Virginia |
| January 19, 2005 | ROBERT A. KAISER V. CENTER FOR AMBULATORY SURGERY, INC., ET AL<br>Civil Action No.: 04-0001867 | Superior Court of the District of Columbia |
| January 7, 2005 | CARL EDWARD OMOHUNDRO V. UNIVERSITY VILLAGE LIMITED PARTNERSHIP, INVESTORS MANAGEMENT, INC. & WACHOVIA BANK (EXECUTOR)<br>Case No.: CL03-67 | Circuit Court for the City of Charlottesville |

3

DEPOSITION TESTIMONY
Peder K. Melberg, M.A., C.R.C.

| DATE | CASE & NUMBER | COURT |
|---|---|---|
| December 13, 2004 | RODNEY C. STANGEL V. JOSEPH ALHODOFF, M.D., ET AL<br>Law No.: 03-688 | Circuit Court for the City of Roanoke<br>Virginia |
| December 2, 2004 | JAWON ISILDAK (A MINOR) VS. THE JACKSON INVESTMENT COMPANY, LLC., ET AL<br>Civil Case No.: 07CA003208 | Superior Court of the District of Columbia |
| November 17, 2004 | REGINALD W. INGRAM V. CSX TRANSPORTATION, INC. V. CRANEMASTERS, INC.<br>Case No.: 24-C-03-6805 | Circuit Court for Baltimore City<br>Maryland |
| October 21, 2004 | VICTOR M. RANKINS V. CSX TRANSPORTATION<br>Case No.: CL03-2975 | Circuit Court of the City of Richmond<br>Virginia |
| September 21, 2004 | PETER ANDERSON V. DANVILLE REGIONAL MEDICAL CENTER, ET. AL.<br>Case No.: 01-214 | Circuit Court for the County of Danville<br>Virginia |
| September 20, 2004 | STEPHANIE MOORE, ET. AL. VS. JON D. KOMAN, M.D., ET. AL.<br>Case No.: 4-C-03-004126 | Circuit Court for Baltimore City<br>Maryland |
| September 2, 2004 | HENRY W. WRIGHT V. KAISER FOUNDATION HEALTH PLAN<br>At. Law No.: 217429 | Circuit Court of Fairfax County<br>Virginia |
| September 1, 2004 | BEVERLY LYLE SMITH V. VALLEY PROTEINS, INC. AND JAMES E. WILLIAMS<br>Case No.: CL01-67 | Circuit Court in the County of Sussex<br>Virginia |
| July 26, 2004 | LEROY BUNDY V. JOHN MICHAEL PELFREY & TIDEWATER EXPRESS, INC.<br>At. Law No.:  CL02-1105 | Hampton Circuit Court<br>Virginia |
| July 23, 2004 | GARY B. EFFRON V. JESSICA W. PAYNE<br>Case No.: CL03-1332 | Circuit Court of the County of Henrico<br>Virginia |
| May 27, 2004 | ANGEL GRAHAM MONTGOMERY V. WENDELL TRANSPORT CORPORATION AND ESTATE OF THOMAS BRADLEY HUNT<br>Case No.: CL 03-575 | Circuit Court for the City of Roanoke<br>Virginia |
| May 21, 2004 | JESSICA GRIGG V. WINTERGREEN PARTNERS, INC.<br>Case No.: CL-02-0017-00 | Circuit Court for the County of Albemarle<br>Virginia |

4

(Revised October, 2007)

5

# DEPOSITION TESTIMONY
## Peder K. Melberg, M.A., C.R.C.

| DATE | CASE & NUMBER | COURT |
|---|---|---|
| April 5, 2004 | EILEEN JAEGER V. SUMMIT USA LAND DEVELOPMENT AND GREGORY CARTER<br>Case No.: 208881 | Fairfax County Circuit Court<br>Virginia |
| March 26, 2004 | BRYAN HEATH BAKER, ET AL (WALTER SUDDERTH) V. SPEEDWAY MOTORSPORTS, INC. AND CHARLOTTE MOTOR SPEEDWAY, INC. AND TINDALL CORPORATION<br>File No.: 01-CVS-10499 | General Court of Justice, Superior Court Division<br>North Carolina |
| March 1, 2004 | CHARLES B. ADAMS, SR. V. R.S. THOMAS HAULING, INC.<br>Case No.: CL02-13 | Circuit Court of Charles City County<br>Virginia |
| February 27, 2004 | JACQUELINE D. SCHMITT V. SPANN k& BIRDITT, ET AL<br>Case No.: 207093 | Circuit Court for the County of Fairfax<br>Virginia |
| February 23, 2004 | BARRY D. VAN DYKE V. J.W. BURRESS, INC. & NATIONAL CRANE CORP.<br>At Law No.: CL03-307 | Circuit Court of the City of Norfolk<br>Virginia |
| December 17, 2003 | JAMES NOVESAL V. IBM, ET AL<br>Case Number: AMD-03-384 | United States District Court for the District of Maryland |
| December 9, 2003 | DONNA MARGULIES V. IVAN POINDEXTER<br>Case No.: CL02-1776 | Richmond Circuit Court<br>Virginia |
| November 25, 2003 | RANDY MCCOLLUM AND BARBARA MCCOLLUM VERSUS SWIFT ROOFING, INC., SWIFT ROOFING OF BOWLING GREEN, INC. AND SWIFT ROOFING OF E-TOWN, INC.<br>Civil Action No.: 02:02-2937-18 | United States District Court for the District of South Carolina<br>Charleston Division |

(Revised October, 2007)

## TRIAL TESTIMONY
## Peder K. Melberg, M.A., C.R.C.

| DATE | CASE & NUMBER | COURT |
|---|---|---|
| September 11, 2007 | PATRICK D. LUNDY V. MCCOY, ET AL<br>Case No.: CL06-71380 | Circuit Court of Prince William County Virginia |
| August 27, 2007 | FACUNDO ALVAREZ V. KEVIN M. BURRELL & QWEST COMMUNICATIONS<br>Case No.: CL2006-13194 | Fairfax County Circuit Court Virginia |
| August 6, 2007 | TROY INGRAHAM V. JAMES A. WILLIAMS AND GENTRY WELL WORKS, INC.<br>Case No.: CL05-755 | County of Chesterfield Circuit Court Virginia |
| August 6, 2007 | KIMBERLY W. MENTZER V. KENNETH N. BJELSTRAND<br>Case No.: CH01-238 | Circuit Court for the County of Henrico Virginia |
| July 20, 2007 | RENEE MARTIN V. DAVID MARTIN | Circuit Court of Dinwiddie County Virginia |
| June 19, 2007 | RUTH J. BERKLEY V. PHONG NGUYEN, MD, ET AL.<br>Case No.: CL04-92 | CIRCUIT COURT FOR MECKLENBURG COUNTY VIRGINIA |
| May 18, 2007 | DOMINIC NOVAK V. CAPITOL MANAGEMENT & DEVELOPMENT CORPORATION<br>Case No.: 1:01CV00039 (HHU) | United States District Court for the District of Columbia |
| April 19, 2007 | CHEYENNE STARK, ET AL, VS. FORD MOTOR CO.<br>Case No.: 04-CV5-7636 | Superior Court Division Mecklenburg County North Carolina |
| February 20, 2007 | SHARON S. SMALL V. RALPH E. SMALL | Henrico County Juvenile & Domestic Relations Court Virginia |
| December 1, 2006 | CHRISTINE A. ROCHESTER V. ROBERT O. ROCHESTER<br>Case No.: CH05-1141 | Circuit Court for Chesterfield County Virginia |
| August 29, 2006 | MICHAEL ALLAN HITT V. RUSSELL LEE PAYNE<br>Law No.: CL005-22 | Circuit Court for Rappahannock County Virginia |
| June 12, 2006 | KATHLEEN K. TUCK VS. LENARD W. TUCK<br>Case No.: CH98-178 | Circuit Court of the County of Henrico Virginia |
| May 1, 2006 | HILARI L. HOY V. JOHN F. HOY, IV<br>Case No.: CH04-31 | Circuit Court of the County of Henrico Virginia |

1

**TRIAL TESTIMONY**
**Peder K. Melberg, M.A., C.R.C.**

| DATE | CASE & NUMBER | COURT |
|---|---|---|
| May 1, 2006 | MARGARET O. MILBY V. WILLARD P. MILBY, III<br>Case No.: CH90-1385-04 | Circuit Court of the County of Henrico<br>Virginia |
| April 25, 2006 | VIRGINIA CANIL V. ALEX HOROWITZ<br>At Law No.: 227629 | Circuit Court of Fairfax County<br>Virginia |
| March 20, 2006 | KAREN L. COOK V. ELENA J. BYER, D.C., ET AL<br>Case No.: L64504 | Circuit Court of Prince William County<br>Virginia |
| February 14, 2006 | WILLIAM T. BUDD, PLAINTIFF, V. VISESPONG PUNYANITYA, M.D., ET AL., DEFENDANTS<br>At Law No.: CL04-9688 | Circuit Court of Albemarle County<br>Virginia |
| December 10, 2005 | JEANNE HUBER-HAPPY V. J. NELSON HAPPY<br>Chancery No.: 34394-RW | Newport News Circuit Court<br>Virginia |
| November 9, 2005 | LISA BOSWELL DAMERON V. DAVID JAMES DAMERON<br>Case No.: CH05J-640 | Circuit Court for the County of Chesterfield,<br>Virginia |
| November 8, 2005 | MERVETT HEDGES V. RONALD AMOS HEDGES<br>Case No.: CH04-576 | Circuit Court of Henrico County<br>Virginia |
| October 18, 2005 | FESTUS OLAYINKA V. MED STAR – GEORGETOWN MEDICAL CENTER INC.<br>No.: CV03-1419 | United States District Court for the District of Columbia |
| October 17, 2005 | WILLIS C. GARNETT V. PAMELA G. CROWN | Circuit Court of Henrico County<br>Virginia |
| August 12, 2005 | FRANKLIN N. PERKINS, JR. V. NEHEMIAH CATLETT, JR. AND FREDERICKSBURG CITY PUBLIC SCHOOL BOARD<br>Case No.: CL03-239-00 | Circuit Court for the County of Spotsylvania<br>Virginia |
| August 9, 2005 | TAMMY A. TERRY VS. RAYMOND V. HARRON, D.O.<br>Case No.: CL04-525 | Circuit Court for the City of Roanoke<br>Virginia |
| June 9, 2005 | JOHN W. TUNNELL V. FORD MOTOR COMPANY<br>Case Number: 4:03CV00074 | United States District Court<br>Western District of Virginia<br>Danville |
| June 7, 2005 | J. NELSON HAPPY V. JEANNE HUBER HAPPY<br>Chancery No.: 34394 | Newport News Circuit Court<br>Virginia |

2

3

**TRIAL TESTIMONY**
**Peder K. Melberg, M.A., C.R.C.**

| DATE | CASE & NUMBER | COURT |
|---|---|---|
| May 23, 2005 | SIGMON V. BEAGLE<br>Case No.: JA-043538-0101 | Juvenile and Domestic Relations District Court of the County of Henrico<br>Virginia |
| May 17, 2005 | CHARLOTTE H. CYPRESS V. PHILIP MORRIS USA<br>VWC File No.: 162-18-08 | Virginia Worker's Compensation Commission |
| May 10, 2005 | STEVEN NORWOOD V. CORNELIA BOONE, AND REID TRUCKING<br>Law No.: CL03000840 | Circuit Court of the City of Portsmouth<br>Virginia |
| April 5, 2005 | REGINALD INGRAM VS. CSX TRANSPORTATION, INC.<br>24-C-03-006805 | Circuit Court for Baltimore City,<br>Maryland |
| March 8, 2005 | LINDA C. REID V. GEOFFREY BOWEN<br>Case No.: JA029313-01-01 | Chesterfield County Juvenile & Domestic Relations<br>Virginia |
| February 17, 2005 | LAWRENCE J. MONAHAN, JR. V. CARRIE WIGGINS, ET AL<br>At Law No.: CL01-573-00 | Circuit Court of the City of Suffolk<br>Virginia |
| February 14, 2005 | ANNE CROSS V. JAMES L. BOST<br>Case No.: CH097-549 | Circuit Court for the County of Henrico<br>Virginia |
| January 24, 2005 | CONSTANCE B. CHILDRESS V. T. JOHNSON CHILDRESS, III<br>CH 03-1149 | Circuit Court of the County of Henrico<br>Virginia |
| December 1, 2004 | ESTATE OF JOANN OLAYINKA V. GEORGETOWN UNIVERSITY HOSPITAL | U.S. District Court for the District of Columbia |
| November 18, 2004 | RICHARD WRIGHT V. BESSER COMPANY<br>Case Number: 3:04CV267 | U.S. District Court for the Eastern District of Virginia<br>Richmond Division |
| September 20, 2004 | JANET W. ANTON VS. NOEL W. ANTON<br>Chancery No.: CH05-1297 | Circuit Court of the County of Henrico<br>Virginia |
| September 17, 2004 | JACQUELYN POARCH VS. WILLIAM H. POARCH | Circuit Court of Chesterfield County<br>Virginia |
| September 9, 2004 | JERRY ATKINS V. DANIEL GREEN AND HENRY' S WRECKER<br>Case No.: L214615 | Circuit Court of Fairfax County<br>Virginia |
| July 14, 2004 | JESSICA GRIGG V. WINTERGREEN PARTNERS, INC.<br>Case No.: CL-02-0017-00 | Circuit Court for the County of Albemarle<br>Virginia |

(Revised October, 2007)

TRIAL TESTIMONY
Peder K. Melberg, M.A., C.R.C.

| DATE | CASE & NUMBER | COURT |
|---|---|---|
| July 14, 2004 | LAURA K. NELSON V. JEFFREY SCOTT NELSON<br>Case No.: CH-01-348 | Circuit Court of the County of Chesterfield<br>Virginia |
| May 20, 2004 | JUDY P. WOOD V. WILLIAM A. WOOD | Williamsburg Juvenile & Domestic Relations<br>District Court<br>Virginia |
| April 28, 2004 | HERNAN BUNCES V. JOHNSON CONTROLS, ET AL<br>Civil Action No.: 232154-V | Circuit Court for Montgomery County<br>Maryland |
| April 5, 2004 | LISA B. BOHNAKER V. JAMES P. BOHNAKER<br>Chancery No.: CH03-2568 | Circuit Court of the City of Norfolk<br>Virginia |
| March 12, 2004 | DAVID FERGUSON V. MICHAEL A. LUTER<br>At Law No.: CL02-245 | Circuit Court of the City of Suffolk<br>Virginia |
| January 27, 2004 | REGAL CINEMAS, INC. AND LOCAL 370, INTERNATIONAL ALLIANCE OF<br>THEATRICAL AND STATE EMPLOYEES<br>Case: 5-CA-27454 | United States of America National Labor<br>Relations Board, Region 5 |
| January 9, 2004 | EILEEN MARTIN VS. MICHAEL MARTIN | Circuit Court for the County of Henrico<br>Virginia |

4



Financial and Economic Consulting

## CURRICULUM VITAE

Richard J. Lurito, Ph.D.
*President*

### Richard J. Lurito, Ph.D.
### 1491 Chain Bridge Road, Suite 300
### McLean, Virginia 22101
### Telephone: 703/442-4528        Telecopier: 703/893-1674

#### Education:

University of Illinois, B.A. (Economics), 1958.  Double degree in Languages.
Georgetown University, M.A. (Economics), 1963.
Georgetown University, Ph.D. (Economics), 1969.

#### Awards:

Georgetown University Fellow, 1960-1961.
Relm Foundation Fellow, 1961-1963.
H.B. Earhart Fellow, 1963-1965.
American Enterprise Institute Fellow, 1965-1967.

#### Employment:

Commonwealth Consulting Group, Inc., McLean, Virginia:
        Senior Economist and President, October 1972 to present.
RL, Inc., McLean, Virginia:
        Economist and President, November 1981 to present.
General Services Administration:
        Acting Economic Counselor, February 1972 to October 1972.
        Deputy Economic Counselor, July 1971 to February 1972.
Georgetown University:
        Professorial Lecturer, 1973-1976.
        Assistant Professor, Economics, 1969-1973.
        Statistics Laboratory Instructor, 1960-1962.

#### Consulting:

Stitt & Hemmendinger, Attorneys at Law, 1961-1962.
U.S. - Japan Trade Council, 1961-1962.

Richard Lurito, Ph.D.                                                                2

Trade Relations Council:

"Economic Impact of the War on Poverty", 1963.

"The Impact of Foreign Trade on Employment in the United States", 1965. (Collaborated with Dr. William McElroy.)


Eugene L. Stewart, Esq., Attorney at Law. Economic Consultant:

January 1964.                   American Aniline Products, Inc., Request of American Aniline Products, Inc. for Reservation of Synthetic Organic Dyes, Pigments and Intermediates from Trade Agreement Negotiations.

February 1964.                   Scientific Glassware Manufacturers, Gray Laboratory Apparatus Section, Scientific Apparatus Makers Association. Brief in support of the Reservation of Scientific Glassware from Trade Agreement Negotiations.

January 1964.                   Man-Made Fiber Producers Association. Statement of Views on Inclusion of Articles of Man-Made Fiber Textiles in the List of Articles for Possible Consideration in Trade Agreement Negotiations.

January 1964.                   Committee on Ammonia Tariffs. Brief in Support of Petition to U.S. Government for the Establishment of a Tariff on Imports of Synthetic Nitrogenous Chemicals of Fertilizer Grade.

March 1964.                   In regard to Negotiations under the Trade Expansion Act of 1962: Before the U.S. Tariff Commission and Trade Information Committee. U.S. Tariff Commission Investigation No. TEA-221(b)-1, Trade Information Docket 63-2, March 1964, Electronic Industries Association, in support of the Views of the U.S. Electronics Industry. (Collaborated with Dr. F. William McElroy.)

1965. Fibre-Box Association. Minimum Wage-Hour Amendments, 1965. Hearings before the General Subcommittee on Labor of the Committee of Education and Labor of the House of Representatives, 89th Congress, 1st Session, on H.R. 8259, Part 3, pp. 1465-1568. (Collaborated with Dr. F. William McElroy.)


American Enterprise Institute:

Constructed Information Retrieval System on Antitrust Law and Economics, 1965-1966.

January 1966. Economic Report of the President:

Hearings before the Joint Economic Committee, 89th Congress, 2nd Session, Par 3. Henry W. Briefs, "The Wage-Price Outlook for 1966: An Appraisal". (Collaborated with Dr. Henry W. Briefs.)

General Services Administration. Economic Consultant, 1970-1971.

Commonwealth Consulting Group, Inc. Public Utility and Human Capital Economist.

Richard Lurito, Ph.D.                                                                                          3

## Memberships:

American Economic Association
American Finance Association
American Statistical Association
National Association of Regulatory Utility Commissioners

## Publications:

R.J. Lurito and E.W. Dinkelacker, "The Social Rate of Discount:  Theory, Measurement and
    Implications."  Society of Government Economists, Papers, 1972.
"Returns to Scale:  Theoretical Aspects, Estimation Model and Simulation Results", 1969.  (Ph.D.
    Dissertation.)
Henry W. Briefs and Joseph L. Tryon, U.S. Economic Growth:  Issues and Prospects.
Washington, D.C.:  Georgetown University Press, 1963.  (Author of Chapter 4.)
R.J. Lurito and B.M. Louiselle, "Economic and Financial Implications of Alternative Ratemaking
    Treatment of Plant Cancellations, Abandonment and Premature Retirements".  Changing
    Patterns In Regulation, Markets and Technology, 1984.  MSU Public Utility Papers.

## Major Fields:

Public Utility Economics
Labor Economics
Industrial Organization
Statistics

## Courses Taught:

Labor Economics
Elements of Statistics
Principles of Economics
Intermediate Economic Theory
Industrial Organization and Government Regulation of Business

## Detailed Job Description of Employment Listed Above:

At the present time I am a Senior Economist at Commonwealth Consulting Group, Inc.,
1491 Chain Bridge Road, McLean, Virginia.  My responsibilities are centered in the following
areas:

(1)    performance of economic and financial analyses aimed at determining the fair rate of return
       for public utilities operating in the telephone, electric, gas distribution, gas pipeline and

Richard Lurito, Ph.D.                                                                                    4

water industries;

(2)    performance of economic analyses to determine the proper allocation of costs in such public utilities, which serves as the basis for establishing appropriate rate structures;

(3)    preparation of expert testimony, rebuttal and cross-examination to be presented before state public utility commissions as well as before federal regulatory agencies;

(4)    presentation of expert testimony before state public utility commissions and federal regulatory agencies; in this context, I have testified in over two hundred rate cases in fifteen states and the District of Columbia, as well as in cases before the Federal Energy Regulatory Commission, the Federal Communications Commission, the Canadian National Energy Board, and the U.S. Postal Rate Commission;

As President of RL, Inc. my responsibilities include preparation of expert testimony in legal actions involving economic loss as a result of death, injury or discrimination and the presentation of testimony in such cases; I have testified in some five hundred such cases and have been qualified as an expert witness in the District of Columbia and in the states of Maryland, Virginia, Nevada, New York, North Carolina, Pennsylvania, West Virginia, Louisiana, Georgia, California, Nebraska, Kentucky, Tennessee, Florida, and North Dakota. The following is a partial list of the law firms and other organization with which I have worked in this capacity:

Cadeaux & Taglieri; Washington, D.C.
Ashcraft & Gerel; Washington, D.C., Maryland and Virginia
Koonz, McKenney, Johnson, DePaolis & Lightfoot; Washington, D.C., Maryland, Virginia and Connecticut
Jack H. Olender & Associates; Washington, D.C.
Aaron M. Levine & Associates; Washington, D.C.
Shulman, Rogers, Gandal, et al; Rockville, MD
Dugan & Jakubowski; Timonium, MD
Paulson & Nace, P.C.; Washington, D.C.
Williams & Connolly; Washington, D.C.
Steptoe & Johnson; Washington, D.C.
Charles C. Parsons, P.C.; Washington, D.C.
Stein, Mitchell & Mezines; Washington, D.C.
Shiffman & Ricci; Washington, D.C.
Edward C. Bou & Associates; Washington, D.C.
Karp, Frosh, Lapidus, et al; Bethesda, MD
William Artz, P.C.; Arlington, VA
Shevlin & Smith, Arlington, Va.Connerton & Ray; Washington, D.C.
U.S. Department of Justice

From July 1971 to October 1972, I served as Deputy and then Acting Economic Counselor to the Administrator of the General Services Administration. I also served as Economic Counselor to the Commissioner of Public Buildings Service. I assisted in advising these officials on the interrelationships between GSA operating plans, programs and policies and their impact on the

Richard Lurito, Ph.D.                                                                              5

national economy. I also served as the GSA representative and spokesman on inter-agency and cabinet-level committees concerned with economic policy in the absence of the Administrator. I directed and assisted in the direction of GSA staff work for boards and committees such as the Cabinet Committee on Construction, the Government Regulations and Purchasing Review Board, the Interagency Committee on Construction Prices and Wages, and the Metropolitan Board of Trade's Committee on Downtown Development.



Financial and Economic Consulting

Richard J. Lurito, Ph.D.
*President*

Below is a fee schedule for services generally rendered by Dr. Lurito in an

economic loss case:

Report:      **The average report is $1,800, this is just an estimate as each
             case is different.  The amount is based on the amount of time
             and work that goes into the report, not necessarily the
             length of the report.**

Deposition:  **Dr. Lurito charges $300 per hour portal-to-portal with a
             two-hour minimum.  After two hours he prorates the fee.**

Testimony:   **Dr. Lurito charges a flat fee of $1,500 for trial testimony.  In
             cases where he has to appear on more than on day, he will
             pro-rate his fee.**

Usually when working with new clients, Dr. Lurito will request a retainer fee of

$1,200, however you may discuss this matter with him directly.

1491 Chain Bridge Road, Suite 300
McLean, VA 22101

Telephone: 703/442-4528
Telecopier: 703/893-1674

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| ATTORNEY | LAW FIRM | JUDGE | DATE OF TRIAL | CASE |
|---|---|---|---|---|
| Kevin Goldberg | Goldberg & Finnegan | Judge G. Fisher D.C. Sup. Ct. | 10/17/2007 | Julie Schneider v. Georgetown U. Hospital C.A. No. 05-0005042 |
| Diana K. Hobbs | Snyder, Weitcheck & Snyder | Judge W.M. Pierson Cir. Ct. for Baltimore City | 10/09/2007 | Barbara Thompson v. Advanced Radiology Case 24-C-06-002203 |
| George Shadoan | Shadoan, Michael & Wells | Judge Scrivener Cir. Ct. Montgomery County | 09/10/2007 | Harry A. Harrison, et. Al v. Daimler Chrysler Corp. Civil No. 273516-V |
| Allen Eaton | The Eaton Law Firm | Judge Potter Pr. Wm. Co. Cir. Ct. | 8/29/07 8/30/07 | Anita Cummings v. Dion Evans Case No. 67155 |
| George Tolley | Dugan, Babjj & Tolley | Judge F. Arnold Cir. Ct. Carroll Co. Md. | 08/01/2007 | Josie Gist, et al v. Eleanor Yoon, M.D. Case No 00-C-04-041751 |
| Laurie Amell | Stein, Mitchell & Mezines | Judge Alprin D.C. Superior Court | 06/08/2007 | Edward Colahan v. Dupont Circle Physicians Group |
| Lawrence Lapidus | Karp, Frosh, Lapidus, Wigodsky & Norwind | Judge Northrop Cir. Ct. P.G. County | 06/05/2007 | Marcia Hughes-Cleveland v. Barbara Julius |
| Scott Perry | Bruce J. Klores & Associates | Judge Ross D.C. Sup. Ct. | 05/21/2007 | Mezeret Berhanu v. Washington Oncology Center Case No.04CA 003781 |
| Rebecca Strandberg | Rebecca N. Strandberg & Associates | Judge Mason Cir. Ct. Montgomery County | 05/16/2007 | Gasper v. Ruffin CA No. 268120-V |
| Denis C. Mitchell | Stein, Mitchell & Mezines | Judge Ross D.C. Sup. Ct. | 05/07/2007 | Lyn S. Gross v. Wm. O. Bank, M.D. CA 05CA003365 |
| Barry Nace | Paulson & Nace | Judge Retchin Sup. Ct. D.C. | 03/18/2007 | Megin Sussman v. GWU & Medical Faculty Ass. Case No. 05-0009018 |
| Danielle Bridgeforth | Miller & Associates | Judge Potter Pr. Wm. Co. Cir. Ct. | 02/26/2007 | Sandra Lauseng v. Wampler, M.D. Law No. 65789 |
| Anthony Newman | Newman & McIntosh | Judge Liebovitz D.C. Sup. Ct. | 02/22/2007 | Bisbing v. Ammerman, M.D. Case No. 02-008343 |
| Scott Perry | Bruce J. Klores & Associates | Judge Kemler Cir. Ct. Alexandria | 02/15/2007 | Maher v. Inova CL0600/0771 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| Patrick Regan | Regan, Zambri & Long | Judge Zeldon Sup. Ct. D.C. | 02/13/2007 | Steven Pawsner v. Elizabeth Ross, M.D. CA # 05-1497 |
| Frank Spector | Spector & Kopec | Judge Kershaw Circuit Court Baltimore City | 01/18/2007 | Tarajean King v. Karen Perkins, M.D. Case No. 24C05008460 |
| J. Philip Kessel | Karp, Frosh, Lapidus, et al | Judge Brown Circuit Court City of Alexandria | 01/17/2007 | Sanders v. Friedlander, Jr. Case No. CL0400143S |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Lynn Stewart Circuit Court Baltimore City | 12/07/2006 | Rebecca Waldt, et al v. University of Maryland Medical System Case No. 24-C-05-0086530T |
| Kevin Goldberg | Goldberg & Finnegan | Judge Retchin Sup. Ct. D.C. | 12/06/2006 | Adrienne Gales v. Karen Buck Case No. 04CA009210 |
| Thomas Mitchell | Bruce J Klores & Associates | Judge G. B. Lee Fed. Ct. Alexandria | 11/01/2006 | Andrew Cibula v. USA U.S. District Court, Eastern District of VA Ca No 1:05cv1386 |
| Bruce Babij | Dugan, Babij & Tolley | Judge M. Finifter Cir. Ct. Balt. Co. | 09/22/2006 | McQuity v. Spangler 03-C-01-009276 |
| Jonathan C. Dailey | Caplan, Buckner & Kostecka | Judge Fisher D.C. Sup Ct | 07/18/2006 | Daryl Lash, Sr. v. Howard University Hospital CA 03-ca-000969 |
| Joseph Cammarata | Chaikin & Sherman | Judge Ross D.C. Sup. Ct. | 03/03/2006 | Camay Mitchell v. Paul Clemencia CA 6187 2005 |
| Bruce J. Klores | Bruce J. Klores & Associates | Judge Dugan Montgomery Co. Cir. Ct. | 02/16/2006 | De La Torre r. Thomas Militano, M.D. |
| Edward C. Bou | Bou & Bou | Judge Lombardi Prince George's County Circuit Court | 02/14/2006 | Marjorie Edwards v. Irma Dean Smith Case No. CAL 04-05392 |
| Laurie Amell | Stein, Mitchell & Mezines | Judge Titus U.S. District Court Greenbelt, MD | 02/10/2006 | Ruth A. Lawson v. United States of America Case No: AW-03CV884 |
| Barry Nace | Paulson & Nace | Judge Wooldrige Cir. Ct. Fairfax County | 02/08/2006 | |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Matricciani, Cir. Ct. for Baltimore City | 02/01/2006 | Aidan Gimbel v. American Radiology Services Case No 24-C-04-009662 OT |
| Gary Godard | Miller & Associates | Judge Duncan-Peters, D.C. Sup. Ct. | 01/27/2006 | Bernice Fleming v. Providence Hospital CA No. 04-4639 |

## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| Terrell Roberts | Roberts & Wood | Judge Lombardi Prince George's County Circuit Court | 01/12/2006 | Prince Jones, Sr. v. Prince George's County CAL 01-03974 |
| William E. Artz | William E. Artz, P.C. | Judge Kendriet Arlington Co. Cir. Ct. | 01/10/2006 | Timothy Grinnings v. Falls Church Medical Center Case No. 04-558 |
| John Costello | John Costello & Associates | Judge Shepherd, Prince Georges Co. | 12/07/2005 | Cynthia Deas v. Dr. Odacha |
| Patrick Regan | Regan, Halperin & Long | Judge Alprin D.C. Superior Court | 12/06/2005 | Michael Duplessie, M.D. v. Theresa McGowan, Case No. 03ca002708 |
| George Tolley | Dugan, Babij & Tolley | Judge Quarles Fed. Ct. Baltimore | 06/27/2005 | Marilyn Mayo, et al v. United States CA No. AMD-03-3457 |
| Brian Shevlin | Shevlin & Smith | Judge Blackburn-Rigsby D.C. Sup Ct | 06/23/2005 | Michael Amaann v. William Hazel, Jr. M.D. CA No 03CA006340 |
| Jeffrey Shane | Shulman, Rogers, et al | Judge Campbell Sup Ct D.C. | 06/02/2005 | Paul W. Bridenhagen v. Michael Theodoulou, D.P.M. et al CA No 03-0009580 |
| Andrew J. Waghorn | William E. Artz, P.C. | Judge Haddock Cir. Ct. Alexandria | 05/24/2005 | Glen Giles v. Yousef Salem, M.D. No: CL0400194 |
| Paul Wiesenfeld | Wiesenfeld & Canarte | Judge Solt Cir. Ct. for Frederick Co. | 05/04/2005 | Tara Caton v. Ravi Yalamanchilii, Md. C-03-1934MM |
| Grandison E. Hill | Law Offices Of Grandison Hill | Judge Wright Sup. Ct. D.C. | 04/07/2005 | Cerrin Clark v. Gaben Management, LLC CA 7285-99 |
| Jeffrey Shane | Shulman, Rodgers, Ganda et al | Judge M. Finitter. Cir. Ct. Balt. Co. | 04/06/2005 | Cauley v. Reisinger et al 03-C-02-009970 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| William E. Artz | William E. Artz, P.C. | Judge Leslie M. Alden Fairfax Cty. Ct. | 04/05/2005 | Frank Mallinson v. Maryida Klimowicz, M.D. At Law No. 221458 |
| Joseph Cammarata | Chaikin & Sherman | Judge Smith Dist. Court P.G. County | 02/15/2005 | Gladys Boodhoo v. Maurice Poindexter CA No. 03-20377 |
| Bruce Klores | Bruce J. Klores & Associates | Judge Quarles Fed. Ct. Baltimore | 02/09/2005 | Veronica Pollard et al v. United States of America CA No. S-02-CV-764 |
| Kenneth Trombly | Schultz & Trombly, PLLC | Duncan-Peters Sup. Ct. | 12/07/2004 | |
| Patrick M. Regan | Regan, Halperin & Long | Robertson Fed Ct. D.C. | 12/02/2004 | Joanne Olayinka v. Georgetown University Hospital |
| Roger Johnson | Koonz, McKenney, Johnson | Melvin Wright Sup. Ct. D.C. | 11/17/2004 | Isaac Love v. USA Waste of Maryland, Inc. Civil No. 02-0009344 |
| William E. Artz | William E. Artz, P.C. | Judge Thatcher Cir. Ct. for Fairfax Co. | 10/20/2004 | Harlis C. Breeding, Jr. v. Mert Kivanc, D.O. At law No. 218062 |
| Laurie Amell | Stein, Mitchell & Mezines | Cir. Ct. for City of Fredericksburg, VA | 09/24/2004 | Shawn Jackson vs. D.C. Anderson, M.D. At law CL01-1112 and CL01-113 |
| Thomas Smith | Shevlin & Smith | Judge Klein Cir. Ct. Fairfax, Co. | 07/25/2004 | Rubio Jimenes v. Frank L. Nuar, M.D. At law# 214574 |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Judge Scrivener Cir. Ct. Montgomery County | 07/21/2004 | Elisabeth Hillard v. Gerald Rogell, M.D. Case No. 242550-V |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Cir. Ct. for Prince Georges Co. | 06/16/2004 | Marlene McDowell v. King Associates Ltd. Case No. CAL03-15870 |

## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Court | Date | Case |
|---|---|---|---|---|
| Barry J. Nace | Paulson & Nace | J. Lombardi, Cir. Ct. for Prince Georges Co. | 05/25/2004 | Maleka Sago et al v. Elliece Smith, M.D. et al. Case No. CAL03-04540 |
| Joseph Koonz | Koonz, McKenney, Johnson | Charles Co. Cir. Ct. | 04/28/2004 | David McMillan v. Guy & Guy |
| Frank Spector | Dugan, Babji, Tolley & Spector | L. Daniels Cir. Ct. for Baltimore Cty. | 04/16/2004 | Dylan McQuitty v. Franklin Square Hospital CA # 03-C-01-009275 |
| Grandison E. Hill | Grandison E. Hill & Associates | Graae  D.C. Sup. Ct. | 04/06/2004 | Cerrin Clark v. Jerry Weinstein, et. al. CA No. 99-7285 |
| Patrick Malone | Stein, Mitchell & Mezines | Terrell Sup. Ct. D.C. | 03/10/2004 | Sharon Burke v. Gary Staples, M.D. CA #01-009379 |
| Bruce J. Klores | Klores & Associates | Wright, Sup. Ct. D.C. | 02/11/2004 | Sardul Pannu vs. Jeff Jacobson, M.D. CA #01-7485 |
| Jodi H. Blecker | Jodi H. Blecker, LLC | H. Dawson Cir. Ct. for P.G. Co. | 01/13/2004 | Rita Langley v. Bolling Warfield Smith CAL 02-27269 |
| Christopher Mitchell | Stein, Mitchell & Mezines | J. Pincus Cir. Ct. for Montgomery Co. | 10/29/2003 | Juana Daniels v. Leveque & Chrosniak, M.D. |
| C. Drew Fritch | Cardaro & Associates | J. Baldwin Cir. Ct. for Harford County, Md. | 10/01/2003 | Karen Ullmann v. E. Capacio, M.D.  Case No. 12-C-99-0024660C |
| John Costello | McCarthy & Costello | J. Lombardi Cir. Ct. for Calvert Co., MD. | 09/24/2003 | Carolyn Heidenreich v. David Denakas, M.D. C-01-0111 |
| George Tolley | Dugan, Babji, etc. | J. Davis  Cir. Ct. Wicomico County. | 08/20/2003 | |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Anthony Newman | Newman & McIntosh | C. Bush Sup. Ct. D.C. | 08/18/2003 | Tiona Shackleford v. Medlantic Healthcare Group CA0003757-00 |
|---|---|---|---|---|
| Daniel Kozma | Koonz, McKenney, Johnson | H. Dixon Sup. Ct. D.C. | 08/18/2003 | Robinson, et. al. v. Kelley, et. al 97CA6013 |
| Michael Shevlin | Shevlin & Smith | G. Finch Fairfax Co. | 07/02/2003 | Estate of David Butler v. Kaiser Permanente At Law 202569 |
| Daniel Kozma | Koonz, McKenney, Johnson | T. Smith Cir. Ct. for Prince George's County | 06/24/2003 | Ransom Evely/Kenneth Moore v. Smithfield Packing Co., Inc. Case No. CAL02-13670 |
| Stephen Skinner | Broder & Reiter | L. Braman Sup. Ct. D.C. | 06/13/2003 | Kronheim v. Busch |
| William Artz | William E. Artz, P.C. | W. Ney Fairfax County | 06/10/2003 | Nancy Bruckner, M.D. v. Lareine Sabella, M.D. At Law 201382 |
| Paul Blumenthal | Law Office of Paul Blumenthal | P.G. County | 04/10/2003 | Sandra Gorman v. Nicholas Visnich, Jr. M.D. Case No. CAL00-23630 Track ST |
| Patrick Regan | Regan, Halperin & Long | D.C. Sup Ct. Judge Burgess | 04/10/2003 | Miles-McLean et al v. District of Columbia 00 CA 004991 |
| Thomas Smith | Shevlin & Smith | Woolridge Cir. Ct. Fairfax County | 03/19/2003 | Kathy Crosson v. Michael Price, M.D. et al At law No. 202776 |
| Gary Kohlman | Bredhoff & Kaiser | G. Kessler Fed Ct. D.C. | 03/18/2003 | Doretha Lindsey, et al. v. District of Columbia, et. al.    Case No. 1:00CV00894 |
| Jarvis Tait | Koonz, McKenney, Johnson, et al | Melvin Wright Sup. Ct. D.C. | 03/11/2003 | Sheila Hostler v. Big Stuff, Inc. CA 01-5057 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Court | Date | Case |
|---|---|---|---|---|
| Allan Siegel | Chaikin & Sherman | Blackburne-Rigsby Sup. Ct. D.C. | 03/06/2003 | Shelley Dodson v. Kavona Evans CA # 01 CA00 8439 |
| Keith W. Watters | Keith W. Watters, P.C. | M. Rankin D.C. Sup. Ct. | 02/11/2003 | Eric Alvarado v. John-John, Inc. CA No. 01 ca 00077125 |
| Richard Semsker | Lippman & Semsker | R. Scribner Cir. Ct. Montgomery Co. | 12/18/2002 | Walter H. Smith, Jr. v. Raytheon |
| Gerard Mitchell | Stein, Mitchell & Mezines | R. Urbina Fed. Ct. D.C. | 12/12/2002 | Enrique Calva-Cerqueira v. United States CA No. 99-1198 (RMU) |
| Sandra Robinson | Jack H. Olender & Associates | Z. Bush Sup. Ct. D.C. | 10/31/2001 | Nina Kozin v. Kaiser Foundation Health Plan CA No. 00CA 004890 |
| Christopher Mitchell | Stein, Mitchell & Mezines | M. Shaw-Geter Circuit Court Charles Co., Md | 10/17/2002 | Dianne Soloninka vs. Surgical Associates Chartered Case No. 08-C-01-000986 OT |
| Michael Abelson | Abelson Law Firm | Bruce Cir. Ct. Anne Arundel Co., MD | 08/29/2002 | Louise Hosey v. Patuxent Medical Group C-2000-665720T |
| Randolph Ogg | Bode & Grenier | T. Ellis Fed. Ct. Alexandria, VA | 08/05/2002 | Adene Hill v. Crown Central Petroleum, Case No. 01-CV-1395 |
| Karen Evans | Jack H. Olender & Associates | S. Duncan - Peters D.C. Sup. Ct. | 07/09/2002 | Jeffrey Means v. District of Columbia C.A. No. 99-9027 |
| William Lightfoot | Koonz, McKenney, Johnson | M. Rankin D.C. Sup. Ct. | 07/02/2002 | Roderick George v. Henry's Wrecker Service CA. No. 99-9533 |
| William Lightfoot | Koonz, McKenney, Johnson | Judge Connelly Fed Dist. Ct. Md (Greenbelt) | 04/29/2002 | Darlene Cockfield v. United States (A No. AW00CV0080) |

## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Court | Date | Case |
|------|------|-------|------|------|
| Brian Kim | Paulson & Nace | Circuit Ct. for Washington Co., Md.    Judge Beachley | 04/23/2002 | Julie A. Miley v. Washington County Hospital    CA No. 21-C99-8124-OT |
| Kevin McCarthy | McCarthy & Costello | Abrecht    Sup. Ct.    D.C. | 03/26/2002 | Eugenia H. Vance v. Providence Hospital    C.A. No. 00ca004401 |
| Elaine C. Bredehoft | Charlson & Bredehoft | W. Rowan    Montgomery Co. Circuit Ct. | 03/21/2002 | Greg A. Rosenbaum v. Royal Sun Alliance |
| Kenneth Shepherd | Kenneth Shepherd, LLC | M. Rankin    D.C. Sup. Ct. | 02/05/2002 | Howard Spiller v. Peter Basch, M.D., et.al.    CA 6361-99 |
| Barry Nace | Paulson & Nace | Graae    D.C. Sup. Ct. | 01/23/2002 | Smart v. Trujilo, M.D.    C.A. No. 99-5663 |
| Allan Hutter | Allan Hutter, LLC | J. Mize    D.C. Sup. Ct. | 01/09/2002 | Nancy Cross Faith v. Montgomery Kone, et.al.    CA 99-000114 |