## UNITED STATES DISTRICT COURT
### District of Columbia

| | |
|---|---|
| MOLLY M. BLASKO and<br>JAMES MCGHEE as Co-Personal<br>Representatives of the Estate of<br>SALLY DEAN McGHEE, Deceased<br><br>           Plaintiffs,<br><br>  v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   07 cv 00833 (RMU)<br>)<br>)<br>)<br>)<br>) |

### JOINT CONSENT MOTION TO
### CONTINUE THE PRETRIAL CONFERENCE

The parties, through counsel, come before this Court, pursuant to Fed. R. Civ. P. 6(b)(1), and request that the Court continue the pretrial conference currently scheduled for June 23, 2008 at 10:00 a.m. and re-schedule the conference to a date closer to the currently scheduled trial date of October 17, 2008.

As grounds for this motion, the parties state that on the date currently set for the pretrial conference, June 23, 2008, counsel for the Plaintiffs are scheduled to be in trial in the matter of <u>Gabriela Riscuta v. Abe's Transportation, Inc.</u>, Civil Action No: 2006 CA 00838, Superior Court of the District of Columbia, Judge Brook Hedge presiding.

Also, on June 23, 2008, Mark F. Sullivan, WMATA Deputy General Counsel, will be out of the country and unable to attend the conference.

Additionally, as noted above, this case is not scheduled for trial until October, 2008. A pretrial conference closer to the actual trial date may assist all parties and

the Court in considering issues raised, including motions in limine and other evidentiary matters closer to the time when testimony is to be given and the issues actually litigated.

**Memorandum of Points and Authorities
In Support of the Motion to Continue**

Fed. R. Civ. P. 6(b(1).

                                         Respectfully submitted,

                                      **WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY**

                                          /s/
                                 Kathleen A. Carey, #357990
                                 Assistant General Counsel
                                 WMATA - COUNSEL
                                 600 Fifth Street, N.W.
                                 Washington, D.C.  20001
                                 (202) 962-1496
                                 kcarey@wmata.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June 2008, a copy of the foregoing was sent by e-filing to:

Patrick M. Regan
Paul Cornoni
Regan, Zambri & Long
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

                                             /s/
                                       Kathleen A. Carey

UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| MOLLY M. BLASKO and ) <br> JAMES MCGHEE as Co-Personal ) <br> Representatives of the Estate of ) <br> SALLY DEAN McGHEE, Deceased ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY ) <br> ) <br> Defendant. ) | 07 cv 00833 (RMU) |

O R D E R

This matter came before the Court pursuant to the Joint Consent Motion to Continue the Pretrial Conference currently scheduled for June 23, 2008 at 10:00 am. After considering the motion, and the record in this case, the Court finds and concludes that the motion should be granted.

Therefore, it is this ____ Day of _____, 2008

ORDERED that Consent Motion to Continue the Pretrial Conference is granted, and it is

FURTHER ORDERED that the Pretrial Conference is rescheduled to the __ day of _____ 2008 at ____.

                                                          Judge Ricardo Urbina
                                                          United States District Court

Electronic copies to:
Kathleen A. Carey
Nicholas Nuncio
Patrick M. Regan
Paul Cornoni